UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIV - DIMITROULEAS**

**00 - 6009**

Case No. _____
*(To be assigned at time of filing)*

ProSe; Ross Jay Lawson )
                        )
        (Plaintiff)     )
        vs.             )
Sheriff Ken Jenne of Broward County )
        (Defendant(s))  )
William Hitchcock (Superintendent BCMJ) )
                        )
Patrick Tighe (Director BCMJ) )      42 USC 1983
                        )        Civil Action
Broward County Department of Corrections )    or Suit
                                        *(Title of document)*

I, Ross Jay Lawson _____ plaintiff, in the above-styled cause, sues

defendant(s); Ken Jenne, William Hitchcock, Patrick Tighe, Broward County Dept of Corrections.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: 42 U.S.C. 1983 (Prisoners Rights)
This suit is brought to the Southern District of Florida.
This court has jurisdiction because I am a pre-trial
detainee. Plaintiff's First, Fifth, and Fourteenth Amendments
are being violated. These violations of the Plaintiffs
rights are due to the total ban on all publications.
Broward County Main Jail and its Administration (defendents
listed) Along with the Sheriff of Broward County Ken
Jenne have kowingly and willfully violated the Plaintiffs rights.

# APPENDIX B

(1)

(Statement of facts)

Plaintiff has been a pretrial detainee' at the Broward County Main Jail since 7/17/97. In Oct. of 1997 a book was sent to the Plaintiff through the mail and was denied and returned to sender. On 10/28/97 Plaintiff requested approval for books, magazines, and a correspondence-course to be sent to him through the mail or any other way sugested. Plaintiff got a response denying him and stating all the above are not allowed. On 11/5/97 Plaintiff filed a Informal Grievance to the superintendent explaining the total ban on publications is unconstitutional and to please change it. Plaintiffs Informal Grievance was denied. On 11/20/97 a grievance was filed by the Plaintiff appealing the denial of the Informal Grievance filed on 11/5/97. No response was ever given. On 11/17/98 the plaintiff requested to have religious books and material sent to him by the publisher at his own cost. Plaintiff received a response from the Chaplins office explaining to him the Jail does not allow this and that they can't change the procedure. Also on 11/17/98 the Plaintiff filed a request to Superintendent Hitchcock asking to get book, reading books, religious books, ect... sent to him by the publisher at his own cost so he could

(2)

29

**(Statement of facts)**

better himself, and change his life for the better. Plaintiff received a response stating Books, magazines and newspapers are not permitted by this facility. And another copy, of Plaintiffs request was sent to commissary and property. On 11/20/98 Plaintiff again requested and asked for the procedure to get books, religious books, magazineis, ect. Plaintiff again received a response that all were unauthorized. On 11/20/98 Plaintiff requested same to Chaplins office, the Chaplin forwarded Plaintiff's request to the Superintendent Hitchcock. Mr. Hitchcocks responded with a Inter Office Memorandum, that memo states S.O.P. 5.4.1 which governs inmate Publications that 5.4.1 of the S.O.P. which is still in effect since 10/1/96 states a total and complete ban on all publications to inmates through the mail. On 11/25/98 Plaintiff requested to Superintendent Hitchcock if he could please get religious material because he is Jewish and the Jail does not provide for this. Plaintiff never received a response. On 12/15/98 Plaintiff grieved that he never received a response. Plaintiff got no response to his grievance. This Plaintiff continued to request

(3)

**(Statement of facts)**

and grieve this issue, all to no avail. Many not even answered untill all responses finally stopped all together. This continued untill 10/28/99. Also on 9/10/99 Plaintiff got a catalog in the mail but never got it instead only got a Rejected mail Notification slip saying the catalog was UA catalog. And again on 10-29 UA E Mail. This total ban on all publications of any kind is a violation of my (First) and (Fourteenth) and possibly the (Fifth amendments) It should also be noted the Plaintiff falls under the Due Process Clause garanteed to him by the constitution, for the Plaintiff has not been convicted of his pending charges, and is still awaiting trial Also it should be noted in this suit that the Plaintiff sued the Broward County Sheriff Ken Jenne in small claims, (for property) in which the Sheriffs people settled into a settlement with the Plaintiff, on 8/12/99. Since that time the Plaintiff has been denied some access to the law library. On 10/5/99 the plaintiff was moved to a high custody cell and has been denied total access to the Law Library and also because of this Denial of access to the courts as well. Then on

29

(4)

*(Statement of facts)*

11/11/99 Plaintiff handed leagal work grievances and other documents to be copied by Dept Wilcox. The Plaintiffs leagol material was never returned untill 11/23/99. Only after Plaintiff's family got involved. And it was later discovered that all had been read and some taken and not returned. Thus this suit was filed. It should be noted the basis for this claim is the total ban on all publications by the B.C.M.J. And the Plaintiff requests this court to understand he is being denied all and total access to the Law Library and thus had to wing it you will this action the best he can. Because of Plaintiffs total ban on publications and total denial of access to the law library Plaintiff request this court to understand In all fairness his passision and his current ability to file this action.

Attached is copies of all request, grievances and all other paperwork.

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, *the Plaintiff requests the court to award a total sum of $150,000.00/One Hundred and Fifty thousand dollars. This to be paid broken down in Compensatory, Punitive, and declatory and of course, for the Defendents to pay some in there personal capasities. All or which ever the court feels appropriate. Plus and injustive relief to lift the total ban on all publications. Plus all costs (court and filing)*

Signed this 24 day of November , 19 99 .


*Ross Jay Lawson*
(Signature of plaintiff)
(Address )               Ross Jay Lawson  FL97-9905
(Phone Number)          P.O. Box 9356
(Facsimile Number)      Ft Laud, Fla. 33310
(Florida Bar Number)

**REJECTED MAIL NOTIFICATION**

*LAWSON ROSS*                                    *FL 979905*

Print or type inmate's name (last name, first name)          Arrest Number

*6 A 3*                          *10/97*

Print or type inmate's location (Facility/Housing Area/Cell Number)          Date

Correspondence addressed to you was received on _*10/97*_ and did not comply with Department o

Date

Corrections and Rehabilitation correspondence guidelines. Correspondence was rejected and:

☑ Returned to Sender

☐ Other: _*UA Book (NON-Religious)*_

BSO DJ#15 (New 7/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

---

**REJECTED MAIL NOTIFICATION**

*Lawson, Ross*                          *57 979905*

Print or type inmate's name (last name, first name)          Arrest Number

*7C3*                          *9/10/99*

Print or type inmate's location (Facility/Housing Area/Cell Number)          Date

Correspondence addressed to you was received on _*9/10/99*_ and did not comply with Department

Date

Corrections and Rehabilitation correspondence guidelines. Correspondence was rejected and:

☐ Returned to Sender

☐ Other: _*UA Catalog*_

BSO DJ#15 (New 7/95)

BROWARD SHERIFF'S OFFICE          *Dep. Mellott*
DEPARTMENT OF CORRECTIONS AND REHABILITATION

---

**REJECTED MAIL NOTIFICATION**

*Lawson, Ross*                          *57979905*

Print or type inmate's name (last name, first name)          Arrest Number

*7B7*                          *10.29*

Print or type inmate's location (Facility/Housing Area/Cell Number)          Date

Correspondence addressed to you was received on _*1029*_ and did not comply with Department o

Date

Corrections and Rehabilitation correspondence guidelines. Correspondence was rejected and:

☑ Returned to Sender

☐ Other: _*UA EMail*_

BSO DJ#15 (New 7/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS

DEPARTMENT OF ...
INMATE'S REQUEST FORM

you haven't asked the housing unit deputy to solve this problem, do so before completing
is request.

## TO BE COMPLETED BY INMATE

ate of Request: 10/28/97            Inmate's Name: ROSS Lawson
                                              (Alias, if used)

rest #: FL97-9905            Location: 6/A/3   DOB: 3/0/72

To:

Program Specialist ☐        Mailroom ☐           Commissary ☐
Classification ☐            Food Service ☐       Other ✓

ature of Request: How can I get approval for books magga-
or a correspondance course. I would like to have
them sent to me in the mail at my cost from
the publisher." Or any other way you will
approve. I had one sent but it was denied and
sent back!

        Ross Lawson                               10/28/97
nmate's Signature                      Date Signed

HEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
OX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

We do not allow books or magazines
from the publisher or through the mail for that matter
It was denied for that reason

ompleted By: Williams        CCN_____   Date: 11/97   Time:_____

ll requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

ll grievances will be responded to, in writing, by the Office of Information and Review.

SO DT#24 (Rev. 4/93)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: __11/5/97__    Inmate's Name: __Ross Lawson__
(Alias, if used)

Arrest #: __H 97-9905__    Location: __6/A/3__    DOB: __31072__

To: (informal Grievance) Superintendent

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☑

Nature of Request: _The Rule for me on getting books straight from the publisher is unconstitutional and must be fixed. Change it and/or allow me to get them at my cost straight from the publisher._

Inmate's Signature: __Ross Lawson__    Date Signed: _____

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

_Denied_

Completed By: __Wilkins__ CCN _____    Date: __11/97__    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

SO DT#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Ross Lawson                    FL97-8905  6/H3  BCMJ    11/20/9
**Inmate's Name**              **Arrest#**  **Cell**  **Facility**    **Date**

### PART A - INMATE'S GRIEVANCE

This is to appeal my informal Grievance attached. Please put in writing why I am being denied and how you feel this is constitutional for me to be denied!

Thank you!

Ross Lawson                                    11/20/97
**Inmate's Signature**                         **Date Signed**

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____
_____
_____
_____
_____

Reviewing Deputy's Signature/CCN                 Date

Supervisor's Signature/CCN                       Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                               Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____

Director's Signature                             Date
BSO DJ#51 (Revised 4/93)

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

**If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.**

## TO BE COMPLETED BY INMATE

Date of Request: __11/17/98__    Inmate's Name: __Ross Lawson__
**(Alias, if used)**

Arrest #: __FL97-9905__    Location: __7/B/2__    DOB: __3/10/72__

To: __Chaplin__

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: __This is on the subject of me wanting to get religious books, and other__
__religious material, sent to me by the publisher, at my own cost of course. Please help me__
__in this matter, so as I may help myself to change. And grow closer to the person I want to__
__be. Thank you for your time in this matter! G-D BLESS__

_Ross Lawson_    __11/17/98__
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

**DO NOT WRITE BELOW THIS LINE:**
ACTION TAKEN/RESPONSE

Completed By:_____    CCN_____    Date:_____    Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

## BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 11/17/98

Inmate's Name: Ross Lawson
**(Alias, if used)**

Arrest #: FL97-9905

Location: 7/B/2      DOB: 3/10/72

02-7-B-2-1

To: Chaplin

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: ~~This is on the subject of me wanting to get religious books,~~ and other religious material, sent to me by the publisher, at my own cost of course. ~~Please help me~~ in this matter, so as I may help myself to change. And grow closer to the person ~~I want to~~ be. Thank you for your time in this matter! G-D BLESS

_Ross Lawson_
**Inmate's Signature**

11/17/98
**Date Signed**

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_The acceptance of mail of any kind is a jail procedure. We do not have the authority to change a procedure._

Completed By: _Chaplain's Office_ CCN      Date: 11-18-98      Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*COMMISSARY*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before comp
this request.

## TO BE COMPLETED BY INMATE

Date of Request: __11/17/98__                    Inmate's Name: __Ross Lawson__
                                                                (Alias, if used)

Arrest #: __FL97-9905__            Location: __7/B/2__          DOB: 3/

To:  Superintendent Hitchcock

| Program Specialist | ☐ | Mailroom | ☐ | Commissary |
| Classification | ☐ | Food Service | ☐ | Other |

Nature of Request: This is on the subject of me wanting to get school books,reading bo

religious books, and more, sent to me by the publisher. At my own cost of course. Plea

help me in this matter, and approve this as I may start to change my life for the bett

Thank you for your time in this matter!

_Ross Lawson_                                    __11/17/98__
Inmate's Signature                               Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REC
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Completed By: _____    CCN _____    Date: _____    Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Re

BSO DJ#24 (Rev. 4/93)

*MAILROOM*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 11/17/98

Inmate's Name: Ross Lawson
(Alias, if used)

Arrest #: FL97-9905

Location: 7/B/2      DOB: 3/10/72

To:  Superintendent Hitchcock

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: This is on the subject of me wanting to get school books, reading books, religious books, and more, sent to me by the publisher. At my own cost of course. Please help me in this matter, and approve this as I may start to change my life for the better. Thank you for your time in this matter!

_Ross Lawson_                                    11/17/98
Inmate's Signature                               Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Books, magazines + newspaper are not permitted by this facility.

Completed By: _____  Date: 11-?  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: __11/20/98__                    Inmate's Name: __Ross Lawson__
                                                                 (Alias, if used)

Arrest #: __FL97-9905__                           Location: __7/B/2__          DOB: __3/10/7__

To:    Mail Room

Program Specialist ☐          Mailroom ☒          Commissary ☐
Classification ☐               Food Service ☐      Other ☐

Nature of Request: __This is on the matter of reading and religious material. I would like__

__to know the proper procedure I must follow to allow me to get reading and religious__

__material from the publisher, at my cost of course. Or any other way possible for__

__me to get this litterature. Thank you for your time in this matter!__

_____

_____

_____                    __11/20/98__
Inmate's Signature                                  Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before comp
this request.

TO BE COMPLETED BY INMATE

Date of Request: 11/17/98                    Inmate's Name: Ross Lawson
                                                          (Alias, if used)

Arrest #: FL97-9905                    Location: 7/B/2        DOB: 3/

To: Superintendent Hitchcock

Program Specialist ☐        Mailroom ☐        Commissary
Classification ☐            Food Service ☐    Other

Nature of Request: This is on the subject of me wanting to get school books, reading boo

religious books, and more, sent to me by the publisher. At my own cost of course. Pleas

help me in this matter, and approve this as I may start to change my life for the bett

Thank you for your time in this matter!

_Ross Lawson_                              11/17/98
Inmate's Signature                         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQ
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Your request has been forwarded
to Commissary, and property

Completed By: _M Mingira_ cen        Date: 11/18/98        Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Re

BSO DT#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 11/20/98                  Inmate's Name: Ross Lawson
                                                          (Alias, if used)

Arrest #: FL97-9905                        Location: 7/B/2          DOB: 3/10/72

To: Chaplin

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: This is on the matter of receiving religious material straight from the publisher at my cost. Am I to understand that this is being denied to all inmates in the broward county jail, or just me! And I would like a copy sent to me of this rule. Please assist me in this matter, and at least help me to get a copy of the jails rule on this matter. Thank you for your time in this matter!  G-D BLESS

_____          11/20/98
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Completed By:_____ CCN_____ Date:_____  Time:_____

All requests will be handled by the responding deputy in one of the following ways:

   ☐  Written Information                ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**BROWARD SHERIFF'S OFFICE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: __11/20/98__                    Inmate's Name: Ross Lawson
                                                                (Alias, if used)

Arrest #: __FL97-9905__            Location: __7/B/2__        DOB: 3/10/72

To:   Mail Room

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☒ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: This is on the matter of reading and religious material. I would like
    to know the proper procedure I must follow to allow me to get reading and religious
    material from the publisher, at my cost of course. Or any other way possible for
    me to get this litterature. Thank you for your time in this matter!

_____              __11/20/98__
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Book, magazines + newspaper
are unauthorized — Leisure Libra
has reading material.

Completed By: __N Brown 6574__    Date: __11-23__    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 11/20/98

Inmate's Name: Ross Lawson
(Alias, if used)

Arrest #: FL97-9905

Location: 7/B/2      DOB: 3/10/72

02-7-B-2-1

To: Chaplin

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: This is on the matter of receiving religious material straight from the publisher at my cost. Am I to understand that this is being denied to all inmates in the broward county jail, or just me! And I would like a copy sent to me of this rule. Please assist me, in this matter, and at least help me to get a copy of the jails rule on this matter. Thank you for your time in this matter!  G-D BLESS

_Ross Lawson_                                      11/20/98
Inmate's Signature                                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Since you are requesting a jail procedure, we are forwarding your request to the Superintendent_

_11-23-98 Chaplain's Office_

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# I N T E R O F F I C E

# M E M O R A N D U M

**to:**    Inmate Ross Lawson #Fl97-9905 cell 7-B-2

**from:**    William Hitchcock, Superintendent_____
Main Jail Southern Operations / Department of Detention

**subject:** Inmate Publications - reference your request dated 11/20/1998

**date:**    11-23-1998

Attached Please find the revision of SOP 5.4.1 which governs inmate mail and Publications as signed by Director S. McCampbell on August 23, 1996.

These SOP's are available to you in the inmate Law Library.

cc-    file

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: __11/20/98__          Inmate's Name: __Ross Lawson__
                                                        **(Alias, if used)**

Arrest #: __FL97-9905__                Location: __7/B/2__        DOB: __3/10/72__

To: __Chaplin__                                    02-7-B-2-1

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☒ |

Nature of Request: This is on the matter of receiving religious material straight from the

publisher at my cost. Am I to understand that this is being denied to all inmates in

the broward county jail, or just me! And I would like a copy sent to me of this rule.

Please assist me, in this matter, and at least help me to get a copy of the jails rule

on this matter. Thank you for your time in this matter!  G-D BLESS

_Ross Lawson_                           11/20/98
Inmate's Signature                      Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Since you are requesting a jail procedure, we are forwarding
your request to the Superintendent_

_11-23-98  Chaplain's Office_

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

RON COCHRAN
SHERIFF
BROWARD COUNTY
P.O. BOX 9507
FORT LAUDERDALE, FLORIDA   33310

SPECIAL ORDER 96-33

**Date:**    August 23, 1996

**To:**    ALL PERSONNEL
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**From:**    Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

**Subject:**    REVISES SECTION J. OF STANDARD OPERATIONAL POLICY 5.4.1
ENTITLED, "INMATE MAIL, ACCESS TO PUBLICATIONS AND INSPECTION
OF LETTERS AND PACKAGES"

The following changes will become effective, October 1, 1996.

**J. Publications/ Printed Material:**

1. **As of October 1, 1996**, books and magazines for inmates will no longer be accepted through the mail.

2. A variety of outside publications for inmates will be ordered by each facility and made available to inmates through the Inmate Leisure Library.

3. Each inmate may retain a total of four (4) articles of reading materials in their cell; e.g., two (2) magazines and two (2) books.  Note: Dictionary and Bible are not included in this total.

4. Any excess books and magazines in the Property Unit or in the possession of inmates can be vouchered out or shipped (if Commissary funds are available).

5. **After October 1, 1996**, any excess books or magazines found in-cell or remaining in the Property Unit will be considered contraband and donated to the Inmate Leisure Library if suitable.

6. Storage of books and magazines by the Property Unit will be governed by the existing storage restrictions. (Refer to S.O.P. 4.1.5 Retention of Inmate Property)

7. Inmates will not be permitted to accumulate printed material to such a degree as to pose a fire hazard in their housing area.

The rest of the Standard Operational Policy remains the same.

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

---

**If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.**

---

### TO BE COMPLETED BY INMATE

Date of Request: __11/25/98__                    Inmate's Name: __Ross Lawson__
                                                                 __(Alias, if used)__

Arrest #: __FL97-9905__          Location: __7/B/2__          DOB: __3/10/72__

To: Superintendent Hitchcock

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: __This is on the matter of mail being sent to me by the publisher. The__

__religious material I need is not provided to me by the jail. I am JEWISH and must be__

__allowed to have the publisher send me the material I need at my cost of course. The__

__magazines and material that the jail orders for inmates is not on the subjects I__

__find to be of the quality I choose to read or study on. Plus I would very much like__

__to take several school courses through the mail but are unable to if I can not receive__
the courses per jail rules. Please help me in this matter.

_Ross Lawson_                                              __11/25/98__
Inmate's Signature                                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

---

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DT#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Ross Lawson                    FL97-9805    7/3  BCMJ    9/3/99

Inmate's Name                    Arrest#      Cell  Facility    Date

### PART A - INMATE'S GRIEVANCE

I would like to have a corospondance course sent at my
cost to me, Plus books to read so I can
improve myself for the better while I await trial.
Please approve this it should be a constitutional
right for the publisher to send this to me
Thank you for your time!

Ross Lawsen                                    9/3/99

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Reviewing Deputy's Signature/CCN                    Date

Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                              Date

BSO DJ#51 (Revised 4/93)

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

### TO BE COMPLETED BY INMATE

SEP 0 7 1999

Ross Lawson    FL97-9805    7L/3    BCMJ    9/3/99

Inmate's Name _____ Arrest# _____ Cell _____ Facility _____ Date

### PART A – INMATE'S GRIEVANCE

I would like to have a corospondans course sent at my cost to me. Plus books to read so I can improve myself for the better while I await trial. Please approve this it should be a constitutional right for the publisher to send this to me Thank you for your time!

Ross Lawson _____ 9/3/99

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Put this on a Request Form to the mail Room.

Dp McManus 10/6

Reviewing Deputy's Signature/CCN _____ Date

Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____ Date

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _9/9/99_          Inmate's Name: _Ross Lawson_
                                              (Alias, if used)

Arrest #: _FL97-9905_          Location: _7/C/3_     DOB: _3/10/72_

To:

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☑ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _I would like to have a corrospondance course sent to me at my cost. Plus books to read so I can improve myself for the better while I await trial. Plus some Legal books so I can learn about the law all soft cover. These will be sent to me by the publisher straight to me. Please approve for all or Just some. I will pay you need not. Thanks_

_Ross Lawson_ _____          _9/9/99_
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.
--------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

## BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

Inmate's Name: _Ross Lawson_  Arrest#: _FL97-9905_  Cell: _7/3/2_  Facility: _BCMJ_  Date: _10/8/99_

### PART A – INMATE'S GRIEVANCE

I have been complaining of reading material since I've been in this BCM Jail late 97. I have had articles and books sent to me by the publisher, none have been excepted, all have been sent back. There are no programs for me at this Jail. The books in our cells or the ones brought there are of no interest to me. I have requested this many times to no avail, so I am grieving it. Please allow me to have books sent and/or magazines from the publisher, and/or correspondence courses as well!

Inmate's Signature: _Ross Lawson_   Date Signed: _10/8/99_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN _____   Date _____

Supervisor's Signature/CCN _____   Date _____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____   Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

Director's Signature _____   Date _____

BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

Ross Lawson      FL97-9905   7/B/2   BCMJ        10/8/99
Inmate's Name              Arrest#    Cell   Facility        Date

### PART A – INMATE'S GRIEVANCE

I have been complaining of reading material since I've been in this BCM Jail late 97. I have had articles and books sent to me by the publisher, none have been excepted, all have been sent back. There are no programs for me at this Jail. The books in our cells or the ones brought they are of no interest to me. I have requested this many times to no avail, so I am grieving it. Please allow me to have books sent and/or magazines from the publisher, and/or corespondence courses as well!

Ross Lawson                              10/8/99
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

See attached

Reviewing Deputy's Signature/CCN                     Date

Supervisor's Signature/CCN                           Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I   Ross Lawson                    , wish to appeal the response.

Ross Lawson       attached was the Inmate Handbook   10/12/99
Inmate's Signature                                  Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                                 Date
BSO DJ#51 (Revised 4/93)

**INTRODUCTION:** You are being held in one of the facilities of the Broward County Sheriff's Office, Department of Corrections and Rehabilitation. Our staff is responsible for your care and safety during the time you are in jail. To assist the staff and yourself, please read this **Inmate Handbook** and follow the rules and regulations. By reading the Handbook you will understand what you can expect, and what is expected of you. All your rights and responsibilities are explained in the Handbook.

This Handbook **must remain** in your possession during the time you are in jail. If you do not understand the information in this Handbook, ask our staff for help. Your safety depends on you following all the rules and obeying the staff.

This Handbook, also has information about programs and services available to you while in jail. If you have any questions about medical issues, attending any of the programs, subsistence fees, or charges/issues that brought you to jail, ask your Housing Deputy, or Correctional Counselor.

**GENERAL INFORMATION :** When you were booked into this Facility, an arrest number was assigned to you. This number will identify you for as long as you are in jail. It is your responsibility to learn your arrest number. It will help us and you identify and locate your personal property and any charges/issues that are of importance to you.

You will remain in one of our facilities until you post bond, your case is disposed of by the judge, or your sentence is completed.

Misdemeanor and traffic cases are heard in County Court, felony cases are heard in Circuit Court, and if you are here on a civil hold, that case will be heard by a Civil Court Judge.

If you are sentenced to serve one year or less, you will serve your sentence in one of our jail facilities. If your sentence is more than one year, you will be transferred to the State Department of Corrections.

**MAIL:** Incoming mail must **have your** name under which you were arrested, arrest number, housing location and the address of the facility in which you are housed. The addresses of each Facility are listed below. All mail **(except legal mail)** will be opened and inspected for contraband before it is delivered to you. Legal mail will not be opened until you are present. Mail containing obscene pictures/material **will be** returned to the sender. Books and magazines are **not** accepted through the mail. They are available through the Leisure Library. Each inmate may retain a total of four **(4)** articles of reading material in their cell. (Dictionary, religious text approved by the Chaplain and other prior approved program books are not included in this total.) Court clothes and specific items such as eye glasses, hearing aides, etc, may be accepted by mail if prior approval is obtained through the **Property Unit.** Mail to be sent out is to be addressed on a stamped envelope. Mail cannot be sent to another correctional facility.

The locations and mailing addresses of our corrections facilities are listed below.

| ACTUAL LOCATION: | MAILING ADDRESS: |
|---|---|
| Main Jail Bureau | Main Jail Bureau |
| 555 SE 1st Ave. | P.O. Box 9356 |
| Ft. Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33310 |
| | |
| Division of Community Corrections | Division. of Community Corrections |
| 5400 NW 9th Ave | P.O. Box 407065 |
| Fort Lauderdale, Florida 33309 | Ft. Lauderdale, FL 33340 |
| | |
| North Broward Bureau | North Broward Bureau |
| 1550 North Blount Road | P.O. Box 407037 |
| Pompano Beach Florida 33069 | Ft. Lauderdale, Florida 33340 |

2

**SCHOOL PROGRAMS:** School teachers are available to most housing areas/units for inmates who desire to work on their A.B.A. or G.E.D. If you wish to be tested and/or attend classes, fill out an **Inmate Request Form** and forward it to the school teachers office requesting these programs. To be placed into a school housing area/unit, you will be required to follow additional rules that do not apply to inmates in general population. The School Program also offers Art/Computer and Life Skills classes to those inmates that qualify. Use the **Inmate Request Form** and forward it to the school teachers office to ask to be included in one of these special classes.

**LAW LIBRARY:** The Law Library is available for your use as shown on the schedule posted in your housing area/unit. Space is limited in the law library, so only go there if you need to do legal research, typing or copying. Recreational items such as radio's, cards, or leisure books are not allowed in the law library. Sign up on the day that the law library is scheduled. Material in the Law Library can be copied, but all copied material must remain in the Law Library.

**READING LIBRARY:** A reading library containing general reading material is available to all inmates by way of a cart of books brought to your housing area/unit on a regular basis.

✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰✰

## DIRECTORY OF SERVICES AVAILABLE UPON RELEASE:

### Shelter:

**Covenant House**
Emergency/temporary shelter & crisis intervention for people under 21, with or without infants;
24-hour intake. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 561-5559
733 Breakers Avenue, Fort Lauderdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 561-5559
**Faith Farm**
Live-in alcohol/drug rehabilitation and work program for men over 17 years of age; 24-hour intake,
minimum 90-day program
1980 NW 9th Avenue, Fort Lauderdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 763-7787
**The Lippman Family Center**
Emergency/temporary shelter for youth under 18 years of age; 24-hour intake.
221 NW 43 Court, Oakland Park . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 568-2801
**Salvation Army**
Emergency/temporary shelter for men, women, families
1445 West Broward Boulevard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 463-4572
**Women in Distress**
Emergency shelter for women and children; 24-hour intake . . . . . . . . . . . . . . . . . . . . . . 761-1133

### Substance Abuse Services :

**Alcoholics Anonymous** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 462-0265
12 Step Club House/*12 Pasos Club*
205 SW 23rd Street, Fort Lauderdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 523-4984
101 CLUB
720 SW 10th Street, Pompano Beach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 941-9896
**Broward County Alcohol & Drug Abuse**
24-hour intake for inpatient/outpatient alcohol/drug abuse treatment/counseling
1011 SW 2nd Court, Fort Lauderdale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 765-4200
**Crisis Line (24 hours)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467-6333
**Narcotics Anonymous** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476-9297
**Nar-Anon Help Line** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 584-6578
**Substance Abuse Hotline** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467-6333

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _10/13/99_                    Inmate's Name: _Ross Lawson_
                                                              (Alias, if used)

Arrest #: _FL97-9905_           Location: _7/B/2_    DOB: _3/10/72_

To: _Library Coordinator_

Program Specialist ☐        Mailroom     ☐        Commissary ☐
Classification     ☐        Food Service ☐        Other      ☑

Nature of Request: _According to 5.5.1 (Comprehensive library services)(5) I must request on this form to have magazines, Books, or periodicals sent to me that are unavailable in the inmate (Leisure Library). I am requesting to have approval at my cost or yours to have these brought or sent in to me (publisher) or other from an outside source. Please approve so I may have books, magazines, ect ect. soon of my choice!_

_Ross Lawson_                                  _10/13/99_
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____CCN_____Date:_____Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10/13/99

Inmate's Name: Ross Lawson
(Alias, if used)

Arrest #: FL97-9905

Location: ~~7/B/2~~ 9C-24  DOB: 3/10/72

To: Library Coordinator

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | | Food Service | ☐ | Other | ☑ |

Nature of Request: According to 5.5.1 (Comprehensive library services)(5) I must request on this form to have magazines, Books, or periodicals sent to me that are unavailable in the inmate (Leisure Library). I am requesting to have approval at my cost or yours to have these brought or sent in to me (publisher) or other from an outside source. Please approve so I may have books, magazines. ect ect. soon of my choice!

Ross Lawson

Inmate's Signature

Date Signed: 10/13/99

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

This rule is no longer valid. No books, magazines, or periodicals, of any kind. The only reading material allowed, must be found on the inmate library cart. (See inmate handbook.)

Completed By: Johnson   CCN   Date: 11-8-99   Time:

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24. (Rev. 4/93)

## BROWARD SHERIFF'S OFFICE
### DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

*Violation of Mi Constitutional Rights*

### TO BE COMPLETED BY INMATE

Ross Lawson          FL97-9905   7/3/2   BCMJ   10/29/99
_____   _____  _____  _____  _____
Inmate's Name            Arrest#   Cell  Facility   Date

### PART A - INMATE'S GRIEVANCE

On 10/29/99 I recieved a (Reject Mail Notification) informing me of (UA Email),
Email is simply a letter typed from one computer to another
and can be copied on normal paper This was a letter to a
friend of mine & sent to me (violating my constitutional right
by not allowing me to have it and sending it bail to sender)
Why is this being done, correct this problem ASAP. and explain

          Ross Lawson                          10/29/99
_____        _____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____

_____

_____

_____

_____         _____
Reviewing Deputy's Signature/CCN                      Date

_____         _____
Supervisor's Signature/CCN                            Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____         _____
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____         _____
Director's Signature                                  Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: Ross Lawson    Arrest#: FL97-5905    Cell: 7D2    Facility: BCMJ    Date: 12/15/98

### PART A - INMATE'S GRIEVANCE

attached was never answered why. Please answer it was written 11/25/98 why have I gotten to response.

Inmate's Signature: Ross Lawson    Date Signed: 12/15/98

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Reviewing Deputy's Signature/CCN _____    Date _____

Supervisor's Signature/CCN _____    Date _____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____    Date _____

BSO DI#51 (Revised 4/93)