3⁵

240 (Rev. 9/96)

# United States District Court
## DISTRICT OF

Ross Jay Lawson

Plaintiff

v. Sheriff Ken Jenne Broward
William Hitchcock BCMJ
Defendant Patrick Tighe BCMJ

**CIV-DIMITROULEAS**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 00-6009

I, Ross Jay Lawson declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above—entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Broward County Main Jail

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.  Attached is a civil order stating I'm indigent and a clerks receipt  BCMJ will not give me a printout

2. Are you currently employed?   ☐ Yes   ☑ No   Please call them if you need

   a. If the answer is "Yes" state the amount of your take—home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take—home salary or wages and pay period and the name and address of your last employer.

   7/16/97  I made money to live but have none left after over 2y

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self—employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☑ No

3/
BR

( Refering to the APPLICAtion to proceed
Without prepayment of Fees and Affidavit )

Attached is Proof of me already being declared Indogent. I have tried to get a copy of my account but am unable to do so because the BCMJ will not release a copy for me.
Please feel free to call the BCMJ if you need that info on I am sending you proof of my Indogentness by a Broward county clerk and Judge.

Ross Lawson
Ross Lawson FL97-9905
P.O. Box 9356
Ft Laud, Fla  33310

```
************************** CASH RECEIPT NUMBER 99008636 **************************

                       ROBERT E. LOCKWOOD, CLERK OF COURTS
                            201 S.E. 6TH ST, ROOM 120
                             FORT LAUDERDALE, FL 33301

   CO-CE-99-006569      SEQ NO: 000001      FILING CODE: 9105
   LAWSON ROSS JAY                          VS BROWARD COUNTY SHERIFFS OFFICE

   RECEIPT NO: 99008636         FUNCTION: ADD          DATE/TIME: 04/22/99 11:24:06
        JUDGE: 56 PRATT         OPER ID: 1PM            TERM ID: 0495
      # EVENT: PTH            EVENT ROOM: 347          DATE/TIME: 05/27/99 13:30 PM

       AMOUNT DUE              .00    PAYOR NAME: LAWSON ROSS JAY
   ------------------------------
       CREDIT CARD             .00       CARD NO:                         EXP:
             CHECK             .00       CHECK NO:
              CASH             .00
   ------------------------------
   REFUND/CHANGE               .00

       COMMENTS: NO FEE



   # PRE-TRIAL HEARING INFORMATION
```

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. CO-CE-99-006569

DIV.    56

LAWSON ROSS JAY
        PLAINTIFF

VS.

BROWARD COUNTY SHERIFFS OFFICE
        DEFENDANT.

........................../

O R D E R

THIS MATTER, HAVING BEEN BROUGHT BEFORE THE COURT BY THE AFFIANT, AND THE COURT, AFTER GIVING DUE AND CAREFUL CONSIDERATION, BEING SATISFIED OF THE GOOD FAITH AND TRUTH OF THE FOREGOING AFFIDAVIT, HEREBY ADJUDICATES AFFIANT, LAWSON ROSS JAY

(✓) INDIGENT                ( ) NOT INDIGENT
( ) AFFIDAVIT NOT IN COMPLIANCE WITH F.S. 57.085

AND FINDS THAT THERE APPEARS

(✓) SUFFICIENT            ( ) INSUFFICIENT

LEGAL GROUNDS FOR A CAUSE OF ACTION AS STATED IN THE PETITION.

THEREFORE THIS MATTER,

( ) IS HEREBY DISMISSED, WITHOUT PREJUDICE.

(✓) DEEMED FILED. *Summons to issue to Broward Co Sheriff only.*

( ) DEEMED FILED, WITH AFFIANT TO PAY THE COURT COSTS IN THE AMOUNT OF $ ............ .

DONE AND ORDERED AT FORT LAUDERDALE, FLORIDA, THIS ..........DAY OF..................... 19.....

LINDA R. PRATT
TRUE COPY  APR 26 1999

...........................
JUDGE COUNTY COURT

AO 240A (1/94)

# United States District Court

_____ DISTRICT OF _____

Ross Jay Lawson

_____
Plaintiff

v.

Sheriff Ken Jenne Broward Co.
William Hitchcock BCMJ
Patrick Tigh Director BCMJ
Broward County Jail Department of corridors

Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

  ☐ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this _____ day of _____, 19 _____.

Signature of Judicial Officer

(Reverse)

Do you have any cash or checking or savings accounts?  ☐ Yes  ☑ No
If "Yes" state the total amount. _00000 nothing_

Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No
If "Yes" describe the property and state its value.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

declare under penalty of perjury that the above information is true and correct.

12/21/99
DATE

Ross Jay Lawson
SIGNATURE OF APPLICANT

TICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. ddition, a prisoner must attach a statement certified by the appropriate institutional officer showing eceipts, expenditures, and balances during the last six months in your institutional accounts. If you e multiple accounts, perhaps because you have been in multiple institutions, attach one certified ement of each account.