UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,                  :

    Plaintiff,                    :

v.                                :   ORDER REQUIRING
                                            AMENDED COMPLAINT

KEN JENNE, et al.,                :

    Defendants.                   :
_____



Ross Jay Lawson, who is confined at the Broward County Jail, has filed a pro se civil rights complaint.

There are multiple defendants, and the allegations are confusing and unclear. Moreover, it is impossible to tell why each separate defendant is being sued.

The Court must hold the allegations of a pro se civil rights complaint to a less stringent standard than formal pleadings drafted by lawyers. Haines v. Kerner, 404 U.S. 519 (1972), and such a complaint should not be dismissed unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his or her claim which would entitle the plaintiff to relief. Haines v. Kerner, supra; Conley v. Gibson, 355 U.S. 41 (1957).

The effort to provide justice to the plaintiff, however, cannot be allowed to work injustice upon a defendant. A defendant must be able to understand the claim of the plaintiff and what he



or she is accused of. Therefore, even a pro se plaintiff must comply with Fed.R.Civ.P. 8(a) by providing a short and plain statement of a claim, a basis for federal jurisdiction, and a demand for judgment. Moreover, the plaintiff must separate all claims based upon differing sets of circumstances, as required by Fed.R.Civ.P. 10(b).

It is thereupon

ORDERED AND ADJUDGED as follows:

1. On or before February 28, 2000, the plaintiff shall file an amended complaint in this case.

2. The amended complaint must be labeled Amended Complaint and must show Case No. 00-6009-Civ-Dimitrouleas, so that it will be filed in this case.

3. The amended complaint must contain a separate paragraph as to each defendant explaining what that defendant did and the supporting facts to show why that person is being sued.

4. The amended complaint must include all allegations against every defendant and must state all relief which is sought; it cannot just add to the original complaint. This is because the amended complaint will become the only active complaint in the case. Nothing in the original complaint will be considered after the amended complaint is filed.

5. The plaintiff is cautioned that failure to file the amended complaint on time will probably result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, this _13_ day of January, 2000.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

cc:  Ross Jay Lawson, Pro Se
     Inmate No. FL97-9905
     Broward County Jail
     P. O. Box 9356
     Fort Lauderdale, FL 33310