UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON :
(Plaintiff)

V.

Case No; 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE: SORRENTINO

KEN JENNE,
WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT-
-OF CORRECTIONS AND REHAB. ET AL :
(Defendants)

**MOTION TO APPOINT COUNCIL AND/OR,
COURT ORDER LAW LIBRARY TIME.**

I ROSS JAY LAWSON Plaintiff, in the above styled cause, requests this court to appoint council, and court order the BROWARD COUNTY JAIL to allow the Defendant access to the jails law library for a minimum of ten hours per week.

The Plaintiff requests this court to appoint council for the following reasons, (A) The defendant has filed a prisoners rights law suit in the Southern District Of Florida (under the above case number), and knows his suit has merit. The matters of the suit are complex as well as the methods of preparation to prepare for trial on this suit.

(b) The Plaintiff is pro se and has very little knowledge of civil law. The Plaintiff knows that the Defendants in this suit will attempt to file motions to dismiss this case, and other motions that the Plaintiff has little knowledge how to counter these motion other them common sense. And yet knows his claims are valid.

(c) The Plaintiff requests this court to look at common case law on point to rule on this motion, because the Plaintiff has no or little access to civil case law. In fact the jail that houses the Plaintiff has no rules on civil procedure or federal 2nd or supplements.

(d) The Plaintiff has attempted to have an attorney take this case yet no attorney has the Plaintiff found who is willing to take this case do to it being a prisoners rights suit. So that the Plaintiff gets a fair trial or even makes it to trial he requests that this court appoint him council to represent him against the Defendants attorneys.

The Plaintiff requests that the court sign an order granting the Plaintiff ten hours per week access to the jails law library so the Plaintiss can resaerch what is there, and partly inform himself of some knowledge of this case.

(a) Also so he can get supplies and copies when needed for this suit. As seen the jails Total ban on publications bans the Plaintiffs family from sending in infomative books or case law on anything let alone this suit. Without this order the Plaintiff gets less then four hours per week in the law library and if the Plaintiss has court that week for his other cases gets no time, since the jail will not allow make up time in the law library. So as this order will allow the Plaintiff to be timely on all responses or orders this court puts fourth to the Plaintiff.

(B) And last the Plaintiff wishes this court to be aware that the Defendant have and are committing acts of reprisal by denying the Plaintiss access to the law library and supplies neede to file other law suits and other access to the courts.

Wherefore, the Plaintiff hopes this court grant him council and on order for ten hours access per week to the jails law library.

I _Ross Jay Lawson_ swears under the penalty of perjury that all of the above stated are true and correct to the best of his knowledge.

ROSS JAY LAWWSON FL97-9905
P.O. BOX 9356
FtLaud, Fla. 33310

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HEREOF HAS BEEN FURNISHED TO THE DEFENDANT'S IN THIS MATTER VIA IN-HOUSE MAIL ON THIS 4 DAY OF FEBRUARY, 2000.

_Ross Lawson_
PLAINTIFF, PRO SE

## COURT ORDER

THIS COURT ORDERS THE BROWWARD COUNTY JAIL TO ALLOW ROSS JAY LAWSON WHO IS A INMATE HOUSED IN THE MAIN JAIL TO HAVE ACCESS TO THE JAILS LAW LIBRARY FOR A MINIMUM OF TEN HOURS PER WEEK.


DONE AND ORDERED ON THE _____ DAY OF _____ 2000

                        ORDERED BY JUDGE_____