(Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON
Plaintiff)    (pro,se)

v.

WILLIAM HITCHCOCK (Superintendent Of B.C.M.J.)/
(Defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE: Sorrentino

TO: (Name and address of defendant) WILLIAM HITCHCOCK  555 S.E. 1st Ave. Fort Lauderdale, Florida 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DIRECTOR OF DEPT. OF LEGAL AFFAIRS
PUBLIC SAFETY BUILDING, #3548
2601 West Broward Blvd.
Fort Lauderdale, FLORIDA 33312
TELEPHONE: (954) 831-8920

answer to the complaint which is herewith served upon you, within ___(20)___ days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of after service.

Clarence Maddox                                   3/7/00
_____                    _____
                                                  DATE

DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                        Signature of Server

                                        _____
                                        Address of Server

[1] As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.