31

(Rev. 10/93) Summons in a Civil Action

# United States District Court

### SOUTHERN - DISTRICT OF FLORIDA

CLERK U.S. LIST. CT.
S.D. OF FLA. FTL

ROSS JAY LAWSON
(Plaintiff)  (pri se)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE:  Sorrentino

KEN JENNE (Sheriff Of Broward County Florida)
(Defendant)

TO: (Name and address of defendant)  KEN JENNE   555 S.E. 1st Ave. Fort Lauderdale, Florida
33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DIRECTOR OF DEPT. OF LEGAL AFFAIRS
PUBLIC SAFETY BUILDING, #3548
2601 WEST BROWARD BLVD.
FORT LAUDERDALE, FLORIDA  33312
Telephone; (954) 831-8920

answer to the complaint which is herewith served upon you, within _____(20)_____ days after service of
is summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
e relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
ie after service.

_RK

DATE  3/7/00

) DEPUTY CLERK

34

..90) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| ..vice of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐  Returned unexecuted:_____

☐  Other (specify):_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                      Signature of Server

_____
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.