(Rev. 10/93) Summons in a Civil Action

# United States District Court,

Southern DISTRICT OF Florida

ROSS JAY LAWSON /
Plaintiff) (pro,se)

v.

BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB. ET AL /
DEFENDANT)

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE: Sorrentino

TO: (Name and address of defendant) BROWARD COUNTY DEPARTMENT OF CORRECTION AND REHAB. ET AL
555 S.E. 1st Ave. Fort Lauderdale, Florida 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DIRECTOR OF DEPT. OF LEGAL AFFAIRS
PUBLIC SAFETY BUILDING, # 3548
2601 WEST BROWARD BLVD.
Fort Laud, Florida 33312
Telephone; (954) 831-8920

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

DEPUTY CLERK

DATE 3/7/00