(Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON
(Plaintiff) (pro se)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE: Sorrentino

KEN JENNE (Sheriff Of Broward County Florida)
(Defendant)

TO: (Name and address of defendant) KEN JENNE  555 S.E. 1st Ave. Fort Lauderdale, Florida 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DIRECTOR OF DEPT. OF LEGAL AFFAIRS
PUBLIC SAFETY BUILDING, #3548
2601 WEST BROWARD BLVD.
FORT LAUDERDALE, FLORIDA  33312
Telephone; (954) 831-8920

an answer to the complaint which is herewith served upon you, within ___(20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(By) DEPUTY CLERK

DATE 3/7/00