UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON :
(Plaintiff)

V.

KEN JENNE,
WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT
-OF CORRECTIONS AND REHAB. ET AIS.
(Defendants)

Case No: 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE: SORRENTINO



ORDER
Granted ✓ As to All requests
Denied
Comments
Dated 5/1/00
Clarence M. Sorrentino
U.S. Magistrate Judge

MOTION TO APPOINT COUNCIL AND/OR,
COURT ORDER LAW LIBRARY TIME.

I ROSS JAY LAWSON Plaintiff, in the above styled cause, requests this court to appoint council, and court order the BROWARD COUNTY JAIL to allow the Defendant access to the jails law library for a minimum of ten hours per week.

The Plaintiff requests this court to appoint council for the following reasons,
(A) The defendant has filed a prisoners rights law suit in the Southern District Of Florida (under the above case number), and knows his suit has merit. The matters of the suit are complex as well as the methods of preparation to prepare for trial on this suit.

(b) The Plaintiff is pro se and has very little knowledge of civil law. The Plaintiff knows that the Defendants in this suit will attempt to file motions to dismiss this case, and other motions that the Plaintiff has little knowledge how to counter these motion other them common sense. And yet knows his claims are valid.

(c) The Plaintiff requests this court to look at common case law on point to rule on this motion, because the Plaintiff has no or little access to civil case law. In fact the jail that houses the Plaintiff has no rules on civil procedure or federal 2nd or supplements.

(d) The Plaintiff has attempted to have an attorney take this case yet no attorney has the Plaintiff found who is willing to take this case do to it being a prisoners rights suit. So that the Plaintiff gets a fair trial or even makes it to trial he requests that this court appoint him council to represent him against the Defendants attorneys.

The Plaintiff requests that the court sign an order granting the Plaintiff ten hours per week access to the jails law library so the Plaintiss can resaerch what is there, and partly inform himself of some knowledge of this case.