(12433.029)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,   CASE NO. 00-6009-CIV-DIMITROULEAS
                    MAGISTRATE JUDGE SORRENTINO
    Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

    Defendants.
_____/

**NIGHT BOX FILED**

JUL 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANTS', JENNE & HITCHCOCK, RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE AND/OR EXTENSION ON PRETRIAL PROCEEDINGS

COME NOW the Defendants, KEN JENNE and WILLIAM HITCHCOCK, by and through their undersigned counsel, and respond to the Plaintiff's Motion for Continuance and/or Extension on Pretrial Proceedings, and would state to the Court the following:

1. Plaintiff, ROSS JAY LAWSON, responded to the Defendants' discovery requests propounded on June 1, 2000.

2. Defendants have responded to Plaintiff's Interrogatories, said responses being mail on June 23, 2000.



<u>Lawson v. Jenne, et al</u><br>USDC Case No.: 00-6009

3. Plaintiff has not described any additional written discovery that is necessary.

4. Defendants have responded to Plaintiff's letter concerning a pretrial conference and have previously responded that, as the Magistrate Judge has not ordered a pretrial conference, none is necessary at this time.

WHEREFORE as there are no bases listed in the Plaintiff's motion and no cause has been demonstrated, Defendants, KEN JENNE and WILLIAM HITCHCOCK, respectfully submit that Plaintiff's Motion for Continuance and/or Extension on Pretrial Proceedings be denied.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 6th day of July, 2000 to: **ROSS JAY LAWSON**, Pro Se Plaintiff, FL 97-9905, Post Office Box 9356, Fort Lauderdale, Florida 33310.

> ADORNO & ZEDER, P.A.
> Counsel for Jenne & Hitchcock
> 888 Southeast Third Avenue
> The Legal Center, Suite 500
> Fort Lauderdale, Florida 33335-9002
> (954) 523-5885
> (954) 760-9531 (Fax)
>
> _[signature]_
> ROBERT H. SCHWARTZ
> Fla. Bar No.: 301167

RHS/L.MOTION/146965/12433.029

2
ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531