(12433.029)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff.

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

Defendants.

_____/



### DEFENDANTS', JENNE & HITCHCOCK,
### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

COME NOW the Defendants, KEN JENNE and WILLIAM HITCHCOCK, by

and through their undersigned counsel, and for response to the Plaintiff's Motion to

Compel bearing a service date of August 4, 2000 would state to the Court the following:

1. Despite the service date of August 4, 2000, the motion was not received

by the undersigned until August 15, 2000.

2. The only substantive complaint contained in the Plaintiff's motion relates

to the Defendants' response to Plaintiff's Request for Production of Documents served

on August 3, 2000, which references that the motion was not consistent with the

Scheduling Order; but nevertheless offers to make the documents available to the

Plaintiff if arrangements are made to defray that costs of copying.

3.    There are no other outstanding issues raised in the motion, and the response is not only consistent with the scheduling order, but the Defendants feel that it is unreasonable that the costs of copying should be placed on them.

4.    There is no issue raised of non-compliance with the Court's Scheduling Order by the Defendants.

WHEREFORE the Defendants, KEN JENNE and WILLIAM HITCHCOCK, respectfully submit that the Motion to Compel should be denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21st day of August, 2000 to: **ROSS JAY LAWSON**, Pro Se Plaintiff, FL 97-9905, Post Office Box 9356, Fort Lauderdale, Florida 33310.

ADORNO & ZEDER, P.A.
Counsel for Jenne & Hitchcock
888 Southeast Third Avenue
The Legal Center, Suite 500
Fort Lauderdale, Florida 33335-9002
(954) 523-5885
(954) 760-9531 (Fax)

ROBERT H. SCHWARTZ
Fla. Bar No.: 301167

RHS/L MOTION/149751/12433.029

2
ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE  SUITE 500 • FORT LAUDERDALE  FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531