UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

V.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

### " PRETRIAL STATEMENT "

Comes Now the Plaintiff ROSS JAY LAWSON, (pro,se) and files this/his "PRETRIAL STATEMENT" as required by Judge SORRENTINO'S "ORDER SCHEDULING PRETRIAL PROCEEDINGS WHEN PLAINTIFF IS PROCEEDING PRO,SE" dated May 1, 2000, deadline being 8/25/2000 of paragraph (4) of such Order.

(a) Violations of Plaintiff's First, Fifth, and Fourteenth Amendments/Rights.
This case is about the total ban, and later the non-religious total ban, on publications coming into Broward County Main Jail for non-convicted and convicted inmates/pretrial detainees. And how that ban(s) violated the Plaintiff's Constitutional or Civil Rights. And how Plaintiff suffered from such Rights being violated. And how all Defendants named in this action are responsible/liable for their knowingly violating/violating the Plaintiff's rights. And how because of Plaintiff's requests for his Constitutional Rights to be honored, the Plaintiff was/is has been subjected to acts of reprisal by actions/or lack of actions by the Defendants named in this suit. And how the Plaintiff has suffered because of this reprial/Constitutional Rights being violated, and how the Defendants in this action are liable/responsible for such acts of reprisal. Some acts of reprisal being; Denied access to the Law Library in the B.C.M.J., Moved to a high custody cell, Legal papers and other documents being confiscated, Denied contact visits when others were granted for certain inmate(s), Extended visits or special visitations being denied when other inmate(s) got such granted, Harassment, etc. etc. And how all Defendants named in this suit/action are liable/responsible for the above, in both their individual and official capacities.



(b) All listed in (a) will be proven through Grievances, Requests, S.O.P.'s, other such documents, and testimony/witnesses. All relating to the issues stated in the Plaintiff's claims. Or in other words I will prove issues in the AMENDED COMPLAINT and the issues described in paragraph (a) by everything listed in this paragraph (b).

---

(c) **EXHIBITS**

The Broward County Jail's S.O.P. Manual. from 1990 untill present date.
All documents as asked for in Plaintiff ROSS JAY LAWSON's Firsts Request For Production Of Documents Etc. Under Rule 34.

(Plaintiff Ross Jay Lawson's)

Ex# (Exhibits)
↓ (REJECTED Articles)
1p   Rejected Mail Notification    UA Book (Non-Religious)    10/97
2p        "           "              "       UA E Mail                 10·29
3p        "           "              "       UA Catalog                9/10/99

(REQUESTS) on publications)=(RE)(Grievances)=(GR)
4p  (RE) Library Coordinator                          10/25/97
5p  (RE) Other                                        10/28/97
6p  (RE) Informal Grievance Super Int.                11/5/97
7p  (GR)                                              11/10/97
8p  (GR)                                              11/20/97
9p  (RE) Chaplin                                      11/17/98
10p (RE) Super Int Hitchcock  Mail Room               11/17/98
11p (RE) Super Int. Hitchcock                         11/17/98
12p (RE) Mail Room                                    11/20/98

13p (RE) Chaplin
17p (RE) Super Int. Hitchcock                                       11/20/98
15p      InterOffice Memorandum & Attached SOP                      11/25/98
16p      Copy of (2) letters sent to Hitchcock & Sheriff             11/23/98
17p (GR)                                                             12/4/98
18p (RE) Mailroom                                                     9/3/99
19p (GR) + (Attached Inmate Handbook)                                 9/9/99
20p (RE) Library Coordinator                                         10/8/99
21p (GR)                                                             10/13/99
22p (RE) Mail Room                                                   10/29/99
23p (GR)                                                             11/25/99
24p      Stipulation of Dismissal                                     6/5/99.
                                                      Case no. 98-7095-Civ-RYSKAMP
         (next Page)

Ex.#   (Exhibits)            from Inmate William Coday
       (Grievance)= GR) (Requests)= RE)

1c (GR)
2c (GR)                                                              11/28/97
3c (GR)                                                               1/14/98
4c (GR)                                                               4/6/98
5c (GR)                                                               4/11/98
6c (GR)                                                               4/11/98
7c (GR)                                                               7/13/98
                                                                      7/20/98

(4)

| | | |
|---|---|---|
| 8c (GR) | | |
| 9c (GR) | | 8/4/98 |
| 10c (GR) | | 8/8/98 |
| 11c (GR) | | 8/8/98 |
| 12c (GR) | | 8/25/98 |
| 13c (GR) | Three parts (Stapled) | 9/2/98 |
| 14c (GR) | | 9/8/98 |
| 15c (GR) | | 9/8/98 |
| 16c (GR) | | 9/13/98 |
| 17c (GR) | 6 parts (Stapled) w/Memo | 9/13/98 |
| 18c (GR) | | 9/13/98 |
| 19c (GR) | with SOP attached (Stapled) | 9/27/98 |
| 20c (GR) | | 10/4/98 |
| 21c (GR) | | 10/5/98 |
| 22c | Letter dated 10/14/98 | 10/5/98 |
| 23c | Memo October 19, 1998 | 10/14/98 |
| 24c | Inter Office Memorandum 3 parts (Stapled) | 10/19/98 |
| 25c | Letter | 10/26/98 |
| 26c (GR) | | 10/30/98 |
| 27c (GR) | | |
| 28c (GR) | | 11/9/98 |
| 29c (GR) | | 11/9/98 |
| 30c (GR) | | 11/16/98 |
| 31c (GR) | | 11/16/98 |
| 32c (GR) | | 12/1/98 |
| 33c (GR) | | 12/1/98 |
| 34c (GR) | | 12/13/98 |
| 35c (GR) | | 12/20/98 |
| | | 12/20/98 |
| | | 12/25/98 |

36cc (GR)  2 attached (Stapled)                    12/25/98
37c (GR)                                            12/31/98
38c          Memorandum +1 attached                April/7/99
39c (GR)                                            4/22/2000
40cc         SOP w/ 8 attached (Stapled) 5.4.1


Ex.#         (Exhibits)
             (Law Library etc.)

1 LL         Signed proof of giving               11/11/99
2 LL (RE)    +1 attached (stapled)                11/8/99
3 LL (RE)                                         11/10/99
4 LL (RE)                                         11/11/99
5 LL (GR)    +2 attached (Stapled)                11/12/99
6 LL         Letter to Hitchcock                  11/13/98
7 LL (RE)                                         11/14/99
8 LL (RE)                                         11/18/99
9 LL (RE)                                         11/18/99
10 LL (RE)                                        11/19/99
11 LL (GR)                                        11/24/99
12 LL (RE)                                        11/27/99
13 LL        Letter to Hitchcock                  11/28/99
14 LL (RE)                                        12/3/99
15 LL (GR)                                        12/15/99
16 LL (GR)                                        12/15/99
17 LL (RE)                                        12/17/99
18 LL (GR)  +10 attached (Stapled)                5/17/99

| | | | |
|---|---|---|---|
| 19 LL | Inmate Correspondence +2 attached ( | | July/2/99 |
| 20 LL | Court Order | | case no: 97-13907 |
| 21 LL | Court Order +5 attached | | 97-13907CF10 |
| 22 LL | LL Schedule | | I/m Copy 6/8/98 |
| 23 LL | Letter to Elijah Williams +8 attached (Stapled) constituted | | Dec/15/99 |
| 24 LL | Inmate Correspondence +2 attached | | Dec/3/99 |
| 25 LL | Court Order | | Dec/3/99 |
| 26 LL | 2 Court Orders LL | | |
| 27 LL | (RE) Tifili | | 8/11/99 |
| 28 LL | Motion Access LL | | |
| 29 LL | Motion for extended Contact visit | | |

(d)     1.  **Answer to Interrogatory No. 1:**

      a.  Susan McCampbell, Director
          Date of Hire:   08-04-94
          Resigned:      01-16-99

      b.  F. Patrick Tighe, Lieutenant Colonel
          Date of Hire:   05-24-82

      c.  Sharron Freeman, Unit Manager
          Date of Hire:   07-27-87

      d.  Bennie Johnson, Volunteer Coordinator
          Date of Hire:   02-05-96

      e.  Betty Williams, Sergeant
          Date of Hire:   11-13-89

      f.  Linda Kristofik, Business Manager
          Date of Hire:   06-01-92

      g.  Marques Gibson, Lieutenant
          Date of Hire:   02-17-87

      h.  George Rimel, Deputy
          Date of Hire:   07-31-89

      i.  Juliann Mellott, Deputy

2. **Answer to Interrogatory No. 2:**

   a. Susan McCampbell, Director, reviewed and approved Standard Operating Procedures (SOPs).

   b. F. Patrick Tighe, Lieutenant Colonel, reviewed and approved SOPs.

   c. Sharron Freeman, Unit Manager, Supervisor to the Volunteer Coordinator.

   d. Bennie Johnson, Volunteer Coordinator, receives books for the leisure library.

   e. Betty Williams, Administrative Sergeant to the Lieutenant Colonel, knowledge of all complaints received by the Lieutenant Colonel.

   f. Linda Kristofik, Business Manager, coordinates the purpose of magazines and newspapers through the inmate welfare account.

   g. Marques Gibson, Lieutenant Accreditation, assisted in the review/revision of SOPs.

   h. George Rimel, Deputy, prepares SOPs for review.

   i. Juliann Mellott, Deputy, assists Risk Management in the research of claims.

5. **Answer to Interrogatory No. 5:**

Mailroom staff is classified as Account Specialist I.

   a. <u>January 1996</u>

      i. Joan Castronovo
         Date of Hire:    06-25-90
         Resigned:        06-27-96

      ii. Jack Kane
          Date of Hire:   07-09-90

      iii. Nancy Russell
           Date of Hire:  07-09-90

   b. <u>January 1997</u>

      i. Arlene Coopersmith
         Date of Hire:    04-30-90
         Resigned:        02-14-98

      ii. Jack Kane
          Date of Hire:   07-09-90

      iii. Nancy Russell
           Date of Hire:  07-09-90

   c. <u>October 1997</u>

      i. Arlene Coopersmith
         Date of Hire:    04-30-90
         Resigned:        02-14-98

      ii.   Jack Kane
   Date of Hire:    07-09-90

      iii.  Nancy Russell (also known as Bartberger)
   Date of Hire:    07-09-90

d. **March 1998**

      i.   Brian Perrotta
   Date of Hire:    08-18-97

      ii.  Jack Kane
   Date of Hire:    07-09-90

      iii.  Nancy Russell (also known as Bartberger)
   Date of Hire:    07-09-90

e. **August 1997**

      i.   Nuvia Pikerie
   Date of Hire:    08-24-98

      ii.  Jack Kane
   Date of Hire:    07-09-90

      iii.  Nancy Russell (also known as Bartberger)
   Date of Hire:    07-09-90

f. **October 1997**

      i.   Sylvia Lopez
   Date of Hire:    10-19-98

      ii.  Jack Kane
   Date of Hire:    07-09-90

   iii.  Elsie Francois
     Date of Hire:  10-05-98

 g.  **Supervisors**

   i.  Linda Kristofik, Business Manager
     Date of Hire:  06-01-92

   ii.  Kurt Harden, Inmate Asset Coordinator
     Date of Hire:  09-04-90

6.  Answer to Interrogatory No. 6:

   i.  Rick Braswell, Chaplain
     Date of Hire:  02-13-89

   ii.  Bennie Johnson, Volunteer Coordinator
     Receives books for the leisure library.

   iii.  Linda Kristofik, Business Manager
     Date of Hire:  06-01-92

   iv.  Kurt Harden, Inmate Asset Coordinator
     Date of Hire:  09-04-90

7.  Answer to Interrogatory No. 7:

   i.  Rick Braswell, Chaplain
     Date of Hire:  02-13-89

   ii.  Bennie Johnson, Volunteer Coordinator
     Receives books for the leisure library.

   iii.  Linda Kristofik, Business Manager
     Date of Hire:  06-01-92

      iv.    Kurt Harden, Inmate Asset Coordinator
             Date of Hire:    09-04-90

      v.    Joan Castronovo, Account Specialist I
             Date of Hire:    06-25-90
             Resigned:       06-27-96

      vi.    Jack Kane, Account Specialist I
             Date of Hire:    07-09-90

      vii.    Nancy Russell, Account Specialist I
             Date of Hire:    07-09-90

      viii.    Arlene Coopersmith, Account Specialist I
             Date of Hire:    04-30-90
             Resigned:       02-14-98

      ix.    Brian Perrotta, Account Specialist I
             Date of Hire:    08-18-97

      x.    Nuvia Pikerie, Account Specialist I
             Date of Hire:    08-24-98

      xi.    Sylvia Lopez, Account Specialist I
             Date of Hire:    10-19-98

      xii.    Elsie Francois, Account Specialist I
             Date of Hire:    10-05-98

8.    Answer to Interrogatory No. 8.

      i.    Linda Kristofik, Business Manager
             Date of Hire:    06-01-92

      ii.    Kurt Harden, Inmate Asset Coordinator
            Date of Hire:    09-04-90

      iii.   Maria Davison, Assistant Business Manager
            Date of Hire:    08-28-95

9. **Answer to Interrogatory No. 9.**

      i.     Linda Kristofik, Business Manager
            Date of Hire:    06-01-92

      ii.    Kurt Harden, Inmate Asset Coordinator
            Date of Hire:    09-04-90

      iii.   Maria Davison, Assistant Business Manager
            Date of Hire:    08-28-95

Mitch Polay
1424 S. Andrews Ave #100
Ft Laud, Fla. 33316

Deborah Carpenter Wheeler
600 South Andrews Ave
Suite 600
Ft Laud, FL 33301

Others found will be brought to this courts attension as discovered!

Federal Court Liaison Mr Tiedeberg (address unknown)

Sheriff Ken Jenne       BCMJ    ''
Captain William Hitchcock BCMJ  ''
Lt Powers
Sgt Calvin  8th Floor Sgt. BCMJ

(e)    Inmate Witnesses    *If others are found then they will be added to this list.*

① William Coday  5097-24403
    P.O. Box 9356
    Ft Laud, FL. 33310    BCMJ

② Brett Fenster  1300-00255
    P.O. Box 9356
    Ft Laud, FL 33310    BCMJ

③ Terrell L. Sessions
    P.O. Box 9356
    Ft Laud, FL. 33310    BCMJ

④ Gerry Parish
    P.O. Box 9356
    Ft Laud, Fl 33310    BCMJ

⑤ Ross Lawson  FL97-8905
    P.O. Box 9356
    Ft Laud, Fl. 33310    BCMJ

(f) (Summary of the testimony each witness will give if called as witness's.)
* Best of their knowledge.
1. All matters relating to the ban on publications.
2. Rules that govern such.
3. Law Library Cart. /OR Library book cart.
4. Acts of reprisal against Plaintiff.
5. Acts of reprisal.
6. Voluntere Library Coordinator.
7. Visitation.
8. Law Library
9. Publications /Religion non Religion.
10. All matters /issues specified in suit against Def. and their knowledge of such.
11. High custody cells 8th Floor AC confinement.

The Plaintiff does not know the extent of each witnesses knowledge of the above. But relies on the truth to be brought to light. Witness's working the Jail for their knowledge of the feild they work in and that truth to be brought to light.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's "Pretrial Statement" was mailed this 23rd day of August 2000 to Ken Jenne & William Hitchcock care of Adorno & Zeder, P.A. Robert Schwartz Attorneys for Defendant's 888 S.E. 3rd Ave Suite 500 Ft Laud, FL. 33335-9002

By Ross Joy Lawson FL-979905
P.O. Box 9356
Ft Laud, FL. 33310