UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

V.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

## MOTION FOR COURT TO SCHEDULE PRETRIAL CONFERENCE

Comes Now the Plaintiff ROSS JAY LAWSON pro,se and requests this Honorable Court To set a date, and notify all parties, for a pre-trial conference. This Motion is filed in regards to Judge SORRENTINO'S "ORDER SCHEDULING PRETRIAL PROCEEDINGS WHEN PLAINTIFF IS PROCEEDING PRO SE" dated May 1, 2000, paragraph (9). And grounds for this Motion are as follows:

1. The Defendants have failed to meet with the Plaintiff as of the date of the filing of this Motion, even after numerous attempts/requests by the Plaintiff to do so.

2. The Plaintiff has filed his Pretrial Statement as Ordered on Judge SORRENTINO'S Order dated May 1, 2000.

3. The Plaintiff feels if this pretrial conference is met with good intensions by both the Plaintiff and the Defendants, then matters may be resolved at that time, saving both parties time and money, and the court the same as well.

4. The Defendants have failed to complete/file or serve upon the Plaintiff as of the date of the filing of this Motion, any Motions to dismiss and/or for summary judgement. And the cut off date for them to do so was August 11, 2000 as signed by Judge SORRENTINO in her Order dated May 1, 2000 in paragraph (3).

Wherefore the Plaintiff prays that this Court to grant this Motion and set a date, and notify all parties to such a date for a pretrial conference. So as the matters of this action may be resolved in the quickest most time saving manner possible for both parties and this Honorable Court.

I ROSS JAY LAWSON swears under the penalty of perjury that all of the above stated is true to the best of my knowledge on this 29th day of August 2000

                                          ROSS JAY LAWSON FL97-9905

**CERTIFICATE OF SERVICE**

I Hereby Certify that a true and correct copy of the foregoing was sent via U.S. Mail this 29th day of August 2000 to ADORN & ZEDER, P.A. (Robert H. Schwartz) attorneys for the Defendants 888 S.E. Third AVE. Suite 500 Fort Lauderdale, FL. 33335-9002

                                          ROSS JAY LAWSON FL97-9905
                                          P.O. BOX 9356
                                          Fort Lauderdale, Florida 33310