(12433-029)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,　　　　　　　CASE NO. 00-6009-CIV-DIMITROULEAS
　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SORRENTINO
　　　Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

　　　Defendants.
_____/

## DEFENDANTS', JENNE & HITCHCOCK, PRETRIAL STATEMENT

COME NOW the Defendants, KEN JENNE and WILLIAM HITCHCOCK, by and through their undersigned counsel, and pursuant to this Court's Order dated May 1, 2000, file their pretrial statement, and in support thereof states:

a.　　Statement of the Case

Plaintiff, ROSS JAY LAWSON, ("LAWSON"), sues Defendants' for an alleged violation his Civil Rights. More specifically, LAWSON has claimed that he has been denied access to certain publications and reading material while an inmate at the Broward County Jail, denied access to the law library, had documents confiscated and



ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

destroyed and has been placed in a high custody cell. Defendants deny that LAWSON's constitutional rights have been violated and further deny that the documents retrieved from LAWSON were destroyed.

b.   Statement of Facts

LAWSON is an inmate at Broward County Jail and has submitted written requests that certain publications be delivered to him through the mail. These requests have been denied in accordance with the Broward Sheriff's Office Department of Corrections and Rehabilitation Standard Operating Procedure 5.4.1. This procedure specifically states that inmates are not permitted to receive books, magazines or newspapers through the mail.  This procedure is restated in the Broward Sheriff's Office Department of Corrections and Rehabilitation Inmate Handbook.

LAWSON's access to the law library was only deined after his status changed from an inmate in the general population to an inmate in the administrative section due to his behavior. As an inmate in the administrative section, LAWSON was not entitled to law library privileges. Additionally, his status changed when he retained an attorney and was no longer proceeding *pro se.*

cv-06009-WPD   Document 28   Entered on FLSD Docket 09/11/2000

*Lawson v. Jenne, et al*
USDC Case No.: 00-6009

| c. | Exhibit List[1] | Bate Stamp Numbers |
|---|---|---|
| | 1997 grievances filed by Lawson | 1-5 |
| | 1998 grievances filed by Lawson | 6-10 |
| | 1999 grievances filed by Lawson | 11-51 |
| | 2000 grievances filed by Lawson | 52-68 |
| | 11/23/99 memo from McManus re: lost documents | 69 |
| | 2/23/99 memo from Bechard re: response to Lawson complaints | 70-75 |
| | Lawson's law library schedule | 76-77 |
| | Lawson's e-card file | 78-84 |
| | Lawson's contact cards | 85-95 |
| | Lawson's posting sheets | 96-98 |
| | Complaint affidavits against Lawson | 99-110 |
| | 10/3/96 memo from McCampbell re: revidion of SOP 5.4.1 | 111 |
| | Lawson's segregation review forms | 112-115 |
| | Lawson's disciplinary reports and committee action sheets | 116-130 |

---

[1] A copy of all documents listed on Defendants' Exhibit List are attached to Plaintiff's copy of Defendants' Pretrial Statement.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

<div style="text-align: right;">*Lawson v. Jenne, et al*<br>USDC Case No.: 00-6009</div>

| | |
|---|---|
| Standard Operating Procedure 5.4.1 | 131-140 |
| Lawson's classification review forms | 141-147 |
| Lawson's relocation request forms | 148-152 |
| Lawson's relocation passes | 153-155 |
| EMSA medical passes | 156-163 |

### d. & f. Witnesses and Summary of Testimony

(all witnesses except Plaintiff available through the Broward Sheriff's Office)

1. Sheriff Ken Jenne
   Will testify to the implementation and enforcement of the Standard Operating Procedure (SOP's).

2. William Hitchcock
   Will testify to the enforcement of SOP's, the documents taken from LAWSON and why LAWSON was denied access to the law library.

3. Susan McCampbell
   Will testify to the procedure for reviewing and approving SOP's.

4. F. Patrick Tighe
   Will testify to the procedure for reviewing and approving SOP's.

5. Sharron Freeman
   Will testify as to the receiving of books for the Leisure Library.

6. Bennie Johnson
   Will testify as to the receiving of books for the Leisure Library.

7. Betty Williams
   Will testify as to the complaints received by the Lieutenant Colonel.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

<u>Lawson v. Jenne, et al</u>
USDC Case No.: 00-6009

8. Linda Kristofik
   Will testify as to the coordinating of magazines and newspapers through the inmate welfare account.

9. Marques Gibson
   Will testify as to the procedures for reviewing and revising the SOP's.

10. George Rimmel
    Will testify as to the procedures for preparing SOP's for review.

11. Juliann Mellot
    Will testify as to the research of claims in Risk Management.

12. Deputy J. McManus
    Will testify to the documents that were reviewed from Lawson's cell.

13. Michael Bechard
    Will testify to the complaints filed by Lawson.

14. Ross Jay Lawson

15. All witnesses listed by Plaintiff.

16. Defendants reserve the right to supplement this list upon timely notice to all parties.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE  SUITE 500 • FORT LAUDERDALE  FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

<div align="right"><u>Lawson v. Jenne, et al</u><br>USDC Case No.: 00-6009</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this **4th** day of September, 2000 to: **ROSS JAY LAWSON,** Pro Se Plaintiff, FL 97-9905, Post Office Box 9356, Fort Lauderdale, Florida 33310.

> ADORNO & ZEDER, P.A.
> Counsel for Jenne & Hitchcock
> 888 Southeast Third Avenue
> The Legal Center, Suite 500
> Fort Lauderdale, Florida 33335-9002
> (954) 523-5885
> (954) 760-9531 (Fax)
>
> *[signature]*
>
> ROBERT H. SCHWARTZ
> Fla. Bar No.: 301167

TSA/L.PLDGS/150407-012433  0029

6
**ADORNO & ZEDER, P.A.**
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531