UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

v.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST OF INMATE WITNESSES FOR TRIAL**

1. WARREN STANG 500017516 (BROWARD COUNTY MAIN JAIL 7/D/1)
2. DAN MAGLIO BS97-23744 (BROWARD COUNTY MAIN JAIL)
3. MOSHE BITOUN 57971013 (BROWARD COUNTY MAIN JAIL)
(a) HENRY DUCHESNE 23991257 (BROWARD COUNTY MAIN JAIL)

All witnesses will testify to all matters that all other inmate witnesses listed in the PLaintiff'S "PRETRIAL STATEMENT" will testify to.

4. All witnesses listed in the DEfendant's "PRETRIAL STATEMENT"
   And all those witnesses will testify to all matters listed in the Plaintiff's "PRETRIAL STATEMENT" that has been filed and may be ammended.

5 All Discovery materials will also be used that were supplied or will be supplied to the Plaintiff by the Defendants.

I hereby certift that a true and correct copy of the above was sent via U.S. Mail to the Attorney's for the Defendants at ROBERT HUNT SCHWARTZ, ESQ. ADORNO &ZEDER, P.A. 888 S.E. 3rd AVE. SUITE 500 Fort Lauderdale, FLORIDA. 33335-9002 On this 21day of Sept. 2ooo.

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310