UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

V.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

**PLAINTYIFF'S SUPPLEMENTAL
WITNESS LIST OF INMATE AND,
OTHER WITNESSES FOR TRIAL**

1. Sharon Lawson   5765 N.E. 6th Place Ocala, FL. 34470
2. Michael Consiglio 5000-25970 Broward County Main Jail
3. Michael Soles 19990482           "      "      "      "
4. John Judd   51980234              "      "      "      "
5. Steaven Marino   509724666        "      "      "      "
6. Lisa Gemmette 5740 N.E. 6th Place, Ocala, FL. 34470

7. ALL WITNESSES WILL TESTIFY TO ALL PERSONAL KNOWLEDGE concerning all matters to do with this action, and the Plaintiff's claims.

I hereby certify that a true and correct copy of the above was sent via in-house mail to Attorneys for Defendants at ROBERT HUNT SCHWARTZ, ESQ. ADORNO AND ZEDER, P.A. 888 S.E. 3rd AVE. suite 500 Fort, Lauderdale, FL. 33335-9002 on this 15th day of November, 2000

BY _____Ross Jay Lawson_____
ROSS JAY LAWSON F197-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310