UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

V.

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

## PLAINTIFF'S RESPONSE IN OPPOSITION
## TO SUMMARY JUDGEMENT BEING CONSIDERED
## WITHOUT ORAL HEARING



Comes now the Plaintiff, ROSS JAY LAWSON, pro,se, and files this Motion. Grounds for this Motion are as follows:

1. The Plaintiff declares that by him being Pro se , he is held to less stringent standards, and because of this and his ability, the Plaintiff fears that the issues he is covering on his response to Defendant's Summary Judgement may not be easily understood by this court without oral hearing.

2. The Plaintiff further states that the issues concerning the Defendants acts of reprisal against the Plaintiff, are complex and require oral hearing so as the Plaintiff may properly address such to the This Honorable Court.

3. The Plaintiff feals that without oral hearing he could possibly be prejudiced by him not being able to orally present his claim to this court. And such issues to be preserved on record of such.

4. The Plaintiff feals that for justice to come to light a oral hearing should be held on summary judgement in order for the Plaintiff to properly and clearky make his issues stand, and that because of his ability being lower then attorneys, he should be granted such request.

5. The Plaintiff declares that he will not waist this Honorable Courts time and that he will verify every issue to this Court that he has claimed by the Defendants Documents, and such documents can not be rebutted.

(Copy in chambers)

6. Other issues to be spoken oral tenus in light of the Plaintiff's request.

   Wherefore the Plaintiff prays that this Honorable Court will grant an oral hearing on the Defendant's Motion For Summary Judgement.


I hereby certify that a true and correct copy of this Motion was sent via in-house mail to ADORNO and ZEDER at 888 S.E. 3rd AVE, Fort Lauderdale, Fl. 33335-9002 on this 15th day of November, 2000.

*Ross Jay Lawson*

ROSS J. LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310