UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,

Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

Defendants.

_____/

**NIGHT BOX**
**FILED**

DEC – 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANTS', JENNE, HITCHCOCK AND BROWARD COUNTY'S, MOTION FOR EXTENSION OF TIME

The Defendants, KEN JENNE, WILLIAM HITCHCOCK and BROWARD

COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATION, by and

through their undersigned counsel, files this Motion for Extension of Time, and in

support thereof states:

1.      Plaintiff's Response to Defendants' Motion for Summary Judgment bears

a certificate of service date of November 26, 2000.

2.      The undersigned did not receive said Response until November 30,

2000.



3.    According to Local Rule 7.1, Defendants' Reply is due on December 6, 2000.

4.    As the Response was not receive until four days after the certificate of service date, the undersigned requests an extension of time in which to file a Reply up to and including December 11, 2000.

5.    The granting of this extension would not cause prejudice to Plaintiff.

**WHEREFORE**, for the above state reasons, Defendants' request their Motion for Extension of time be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned is unable to confer with Plaintiff to discuss the foregoing motion.  The undersigned's only method of communication with Plaintiff is via correspondence as he is incarcerated.  As such a good faith attempt to discuss the issues in the motion was not made and a true and correct copy of the foregoing was sent via U.S. Mail this 4th day of _____ 2000 to:  **ROSS JAY LAWSON**, Pro Se Plaintiff, FL 97-9905, Post Office Box 9356, Fort Lauderdale, Florida  33310.

ADORNO & ZEDER, P.A.

Counsel for Jenne & Hitchcock
888 Southeast Third Avenue
The Legal Center, Suite 500
Fort Lauderdale, Florida 33335-9002
(954) 523-5885
(954) 760-9531 (Fax)

_____
ROBERT H. SCHWARTZ
Fla. Bar No.: 301167

TAMATHA S. ALVAREZ
Fla. Bar No.: 0151467