```
ORDER
Granted ✓
Denied
Comments _____
Dated 12/6/00
[signature]
U. S. Magistrate Judge
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,

    Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

    Defendants.
_____/

```
FILED by _____ D.C.
DKTG
DEC - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```



NIGHT BOX FILED
DEC - 4 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANTS', JENNE, HITCHCOCK AND BROWARD COUNTY'S, MOTION FOR EXTENSION OF TIME

The Defendants, KEN JENNE, WILLIAM HITCHCOCK and BROWARD COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATION, by and through their undersigned counsel, files this Motion for Extension of Time, and in support thereof states:

    1.    Plaintiff's Response to Defendants' Motion for Summary Judgment bears a certificate of service date of November 26, 2000.

    2.    The undersigned did not receive said Response until November 30, 2000.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-0002 • TELEPHONE (954)523-5885 • TELEFAX (954)760-9531