UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,

    Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

    Defendants.

_____/

NIGHT BOX
FILED

DEC 2 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE AFFIDAVITS

COME NOW the Defendants, by and through their undersigned attorneys, and files this, their Reply to Plaintiff's Response to Defendants' Motion to Strike Affidavits and, as grounds therefore, state as follows:

1. Plaintiff responds to the Motion to Strike merely by reiterating the facts which are stated in the subject affidavits.

2. Plaintiff cites no case law and provides no memorandum of law in support of his position that his Affidavits should not be dismissed.[1]

---

[1] The omission of a memorandum of law violates Local Rule 7.1.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

CASE NO. 00-6009-CIV-DIMITROULEAS

3. As such, Plaintiff has not addressed the hearsay contained within the affidavits nor provided any opposition to Defendant's allegations that the affidavits are not in compliance with Fed.R.Civ.P. 56(e).

4. Accordingly, Plaintiff's affidavits should be stricken for the reasons set forth in Defendants' Motion to Strike filed December 4, 2000.

WHEREFORE, these Defendants respectfully request that this Court grant their Motion and enter an Order striking Plaintiff's affidavits submitted in support of his Response to Defendant's Motion for Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 20th day of December, to: **ROSS JAY LAWSON,** #5797-9905, P.O. Box 9356, Ft. Lauderdale, Fl 33310.

ADORNO & ZEDER, P.A.
Counsel for Defendants
888 Southeast Third Avenue, Suite 500
Fort Lauderdale, Florida 33335-9002
(954) 523-5885
(954) 760-9531 (Fax)

ROBERT H. SCHWARTZ
Fla. Bar No.: 301167
TAMATHA S. ALVAREZ
Fla. Bar No.: 0151467

2

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE,
FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531