UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

v.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

### PLAINTIFF'S RESPONSE TO
### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE
### TO DEFENDANTS' MOTION TO STRIKE
### PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

Comes Now the Plaintiff, ROSS JAY LAWSON, Pro,se, and files this response,
grounds for this response are as follows:

1. The Plaintiff states that the jail in which he is housed as a non-convicted pretrial
   datainee with a no-bond hold, has no set of either Federal 2nds, thirds, or suppl.
   Therefore the Plaintiff is unable to supply this court with a memorandum of law as
   to each Motion Filed. The Plaintiff asks this Honorable Court to consider the fact
   that this action, which is filed by the Plaintiff is on the jail not allowing
   publications to be received by inmates from an outside source. If the jail did in
   fact allow inmates to receive publications, then perhaps the Plaintiff would be able
   to purchase and have sent to him a jailhouse lawyers manual, or other legal source
   enabling him to supply his Motions with a memorandum of law.

2. The Plaintiff has signed a certificate of service dating the date in which he
   supplied the witness list in question. The rule calls for this and the Plaintiff
   has followed such rule to the best of his knowledge, the Plaintiff has given this
   court to reason to not believe and honor the Plaintiff's certificate of service
   signed and dated by the Plaintiff on the witness list in question.

3. The Plaintiff has stated that the witnesses listed in such witness list will testify
   to all matters in which they have personal knowledge, pertaining to the issues filed
   in this action. The full extent of each witnesses knowledge on the issues presented
   in this action shall be brought to light in trial, for the Plaintiff knows only that
   each pertains personal knowledge on the issues set forth in this action. The Plaintiff has
   not had the opportunity to depose all witnesses listed in said witness list.

**COPY IN CHAMBERS     MAGISTRATE JUDGE SORRENTINO**

WHEREFORE, the Plaintiff respectfully requests this court to honor the Plaintiff's said witness list.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. MAIL this 27th day of December 2000, to ADORNO & ZEDER P.A. Attorneys for the Defendants at 888 S.E. Third AVE. suite 500, Fort Lauderdale, Fl. 33335-9002

BY _____

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310