UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROSS JAY LAWSON,

Plaintiff,

V.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB., ET AL,
_____/

Case No.: 00-6009-CIV-DIMITROULEAS
Magistrate Judge SORRENTINO

## NOTICE OF INQUIRY AND TO SET DATE FOR JURY TRIAL

Comes Now the Plaintiff, ROSS JAY LAWSON, Pro se, and inquires to this Honorable Court as to the present position on the above listed action. It has been since December 2000 since the Plaintiff and Defendants' have been awaiting a responce as to this Honorable Court's ruling on Summary Judgement. And the PLaintiff further requests a date for trial by Jury. The Plaintiff asks this Honorable Court to consider the fact that the Defendants' are still violating the Plaintiff's rights, and untill this action is resolved, such matters will continue.

Wherefore the Plaintiff requests this Honorable Court to rule on Summary Judgement and set a date for Jury Trial. And any and all other relief that this Court feels correct.

BY _Ross Jay Lawson_

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, Fl. 33310

### CERTIFICATE OF SERVICE

I HEREBEY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. MAIL to the Attorneys for the Defendants' at ADORNO & ZEDER P.A. 888 S.E. 3rd AVE. suite 500, Fort Lauderdale, FL. 3335-9002. On this 20th day of March 2001

BY _Ross Jay Lawson_

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310