ROSS JAY LAWSON_____/
(Plaintiff)

VS.

CASE NO: 00-6009-CIV-DIMITROULEAS

SHERIFF KEN JENNE,
WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT
OF CORRECTIONS AND REHAB. ET. AL./
(Defendants)

### MOTION FOR RECORD ON APPEAL TO BE PREPARED AND TRANSMITTED TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Comes Now the Plaintiff, ROSS JAY LAWSON, Pro se, and moves this Honorable Court for an Order directing the Clerk of the court to transmit to the U.S.C.A. 11TH Circuit the record on appeal from the magistrate/trial Court in the above captioned case, and states:

1. The Plaintiff-Appelant in the above case ROSS JAY LAWSON, Pro se, has filed a notice of appeal with this court pursuant to FRAP 3.

2. The record on appeal shall consist of all papers and Motions filed with this Court from 1/4/2000 up to and including, 6/22/2001.

3. The Plaintiff-Appellant certifies that there are no transcripts of proceedings in the above case.

4. The Plaintiff-Appellant is appealing the District Court's Final Order of 6/22/2001 **ORDER APPROVING, IN PART, REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.**

Wherefore the Plaintiff-Appellant respectfully requests this Honorable Court to Order the Clerk of the court to transmit the record on appeal to the U.S.C.A. FOR THE ELEVENTH CIRCUIT.

RESPECTFULLY SUBMITTED: *Ross Jay Lawson*

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, FL. 33310