UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case/File #: 00-6009-CIV-DIMITROULEAS

FILED BY _____ D.C.
ITAKE

01 JUL 13 AM 11:04

CLARENCE MADDOX
CLERK U S DIST CT
S.D. OF FLA - MIA

ROSS JAY LAWSON      /
(Plaintiff)

V.                              **NOTICE OF APPEAL**

SHERIFF KEN JENNE,
WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT
OF CORRECTIONS AND REH., ETC. AL. /
(Defendant(s))

Notice is hereby given that the Plaintiff, ROSS JAY LAWSON, Pro se, is appealing the **ORDER APPROVING, IN PART, REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT,** ordered by the Honorable Judge DIMITROULEAS on the 22nd day of June 2000, on the above listed case number. This Plaintiff who is listed above hereby appeals to the United States Court of Appeals for the Federal Circuit (11TH Circuit).

*Ross Jay Lawson*

ROSS JAY LAWSON FL97-9905
P.O. BOX 9356
Fort Lauderdale, Florida 33310