UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS

ROSS JAY LAWSON,

　　　　Plaintiff,

vs.

KEN JENNE, et al.,

　　　　Defendant.

FILED by _____ D.C.

JUL 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* [DE 50], and Plaintiff's Motion for Record on Appeal to be Prepared and Transmitted [DE 51]. The Court has carefully considered the application and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Record on Appeal to be Prepared and Transmitted [DE 51] is hereby **DENIED**; and

2. Plaintiff's Motion for Permission to Appeal In Forma Pauperis [DE 50] is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

11th Circuit Court of Appeal

Magistrate Judge Charlene H. Sorrentino

Robert H. Schwartz, Esq.

Ross Jay Lawson, Pro se
Inmate No. FL97-9905
Broward County Main Jail
PO Box 9356
Ft. Lauderdale, FL 33310