UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS

ROSS JAY LAWSON,

Plaintiff,

vs.

KEN JENNE, et al.,

Defendant.



## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Notice of Appeal [DE 52]. The Court, pursuant to Eleventh Circuit Court of Appeal precedent, treats the Notice of Appeal as an application for a certificate of appealability. The Court has carefully considered the application and is otherwise fully advised in the premises.

This Court denied Petitioner's claim for relief pursuant to 42 U.S.C. § 1983. On consideration of the instant motion for a certificate of appealability, the Court will deny such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right. The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit. In addition, the Court denies Petitioner's request for record on appeal to be prepared and transmitted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion for a Certificate of Appealability [DE 52] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge



copies to:

11th Circuit Court of Appeal

Magistrate Judge Charlene H. Sorrentino

Robert H. Schwartz, Esq.

Ross Jay Lawson, Pro se
Inmate No. FL97-9905
Broward County Main Jail
PO Box 9356
Ft. Lauderdale, FL 33310