UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,

    Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

    Defendants.
_____/



## SUGGESTION OF MOOTNESS

Defendants, KEN JENNE and WILLIAM HITCHCOCK, (hereinafter "Defendants"), by and through their undersigned attorneys, files this their Suggestion of Mootness with regard to the instant case, for the following reasons:

1.    On June 17, 2002, the Eleventh Circuit Court of Appeals issued their ruling on Plaintiff's appeal filed in the instant case.

2.    The ruling effectively remanded the instant case to the District Court for further proceedings on Plaintiff's claim for injunctive and declaratory relief against Defendants.



CASE NO. 00-6009-CIV-DIMITROULEAS

3. Plaintiff is no longer housed at the Broward County Mail jail and is currently at the South Florida Reception Center awaiting a transfer to a state prison.[1]

4. Plaintiff's request for injunctive and declaratory relief is moot as he is no longer housed at the Broward County Main Jail. Carter v. Thompson, 808 F.Supp. 1548 (M.D. Fla. 1992) (ruling that once an inmate has been transferred from the facility against which he is requesting injunctive and declaratory relief pursuant to 42 U.S.C. §1983, his action becomes moot) (citing Zatler v. Wainwright, 802 F.2d 397 (11th Cir. 1986).

5. Therefore, the instant action should be dismissed as moot.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 21 day of June, 2002, to: **ROSS JAY LAWSON**, DC#B-726599, South Florida Reception Center, Dorm J/1212/L, 14000 NW 41st Street, Miami, FL 33178-3002.

ADORNO & YOSS, P.A.
Counsel for Defendants
888 Southeast Third Avenue, Suite 500
Fort Lauderdale, Florida 33335-9002
(954) 523-5885
(954) 760-9531 (Fax)

ROBERT H. SCHWARTZ
Fla. Bar No.: 301167
TAMATHA S. ALVAREZ
Fla. Bar No.: 0151467

---

[1] See Plaintiff's Notice of Change of Address attached hereto as Exhibit "A".

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE,
FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

**TO:** Clerk of the United States District Court
_Southern_ District of Florida
United States Courthouse
Federal CourtHouse Square, 301 N. Miami Ave., RM.150
Miami, Florida   33128-7788

**RE:** Name: Ross Jay Lawson (Plaintiff/Pro se)
Action(s) pending: Ross Jay Lawson vs. City Of Ft Laud, et al.
Case No: 00-6964-CIV-Ferguson Judge: Wilkie D. Ferguson

Office of the Clerk,

Please record the following **Change of Address** in my court file, effective immediately. My new address is:

(print name) Ross Jay Lawson B-726599
South Florida Reception Center
DC # B-726599   Dorm J/1212/L
14000 Northwest 41st Street
Miami, Florida   33178-3003

Thank you for your assistance in this matter.

Respectfully submitted,

(signature) Ross Jay Lawson

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Office of the Attorney General, State of Florida, by regular U.S. mail this 6th day of June, 2002. And to Dieter K. Gunther, Esq. Adorno & Zeder P.A. 888 S.E. 3rd Ave., Suite 500, Fort Laud., FL. 33335-9002



EXHIBIT A