UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS

ROSS JAY LAWSON,   Magistrate Judge Sorrentino

    Plaintiff,

vs.

KEN JENNE and WILLIAM HITCHCOCK,

    Defendants.
_____/



FILED by _____ D.C.
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon the June 17, 2002, mandate of the Eleventh Circuit Court of Appeals, reversing this Court's summary judgment as to Ken Jenne and William Hitchcock in their official capacities, and Defendants Ken Jenne and William Hitchcock's Suggestion of Mootness [DE 57], filed herein on June 21, 2002. The Court notes that Plaintiff Ross Jay Lawson has not filed a response to the defendants' Suggestion of Mootness.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Ross Jay Lawson shall show cause why this case should not be dismissed as moot, now that Mr. Lawson is no longer in custody at the Broward County Main Jail, and shall further file a response by August 9, 2002. Failure to timely file a response may result in the dimissal of this case as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Ross Jay Lawson, DC#726599
Baker Corr. Inst.
P.O. Box 500
U.S. 90
Sanderson, Florida 32087-0500

Robert H. Schwartz, Esq.
Adorno & Yoss, P.A.
888 S.E. Third Ave., Suite 500
Fort Lauderdale, Florida 33335-9002