UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6009-CIV-DIMITROULEAS

MAGISTRATE JUDGE SORRENTINO



ROSS JAY LAWSON
(Plaintiff)

vs.

KEN JENNE, WILLIAM HITCHCOCK,
BROWARD COUNTY DEPARTMENT OF
CORRECTIONS AND REHABILITATION
(Defendants)

Plaintiff's Response to Defendant's Reply To

Plaintiff's Response to Suggestion of Mootness.

Comes now the Plaintiff, ROSS JAY LAWSON, Pro se, and files this response to the above stated filings. Grounds for this Motion are as follows:

1. On June 21, 2002, Defendants filed a suggestion of mootness in the instant case.

2. On July 15, 2002, Plaintiff files his response specifying that the instant case is not moot, as he will be forced to be housed temporarily at the Broward County Jail.

3. On July 31st, 2002, Defendants filed their reply to Plaintiff's response to suggestion of mootness.

4. In Defendant's said reply, Defendants claim that all issue raised showing that the Plaintiff is going to be housed at the Broward County Mail Jail are speculative.

5. Since the Defendants refuse to believe the Plaintiff's claims that he will be housed in the future at the Broward County Main Jail, the Plaintiff submits the following as actual physical proof of the Plaintiff being housed in the Broward County Main Jail subject once again to his rights being violated;

6. On the 30th day of July 2002, the HONORABLE WILLIAM W. HENNING put forth an order transporting the Plaintiff for trial. Thus showing actual physical proof of the Plaintiff being forced to be housed once again in the Broward County Main Jail subject to his rights being violated further <u>(See attached Order of JUDGE HERRING.)</u>

7. The Plaintiff's other claims of being held at the Broward County Main Jail in the future are going to be coming into ripeness showing actual physical proof of the Plaintiff's asserted claims.

Wherefore in the absence of any corruption on behalf of the Defendants, or further conspiracy of attempts to have this case forgotten about, the Plaintiff humbly requests this Honorable Court to deny the Defendant's suggestion of mootness.

By _Ross Jay Lawson_
ROSS JAY LAWSON B726599
BAKER CORRECTIONAL INSTITUTION
P. O. Box 500
Sanderson, Florida 32087-0500

BAKER CORRECTIONAL INSTITUTION
P. O. Box 500
Sanderson, Florida 32087-0500

Unnotorized Oath

I hereby declare that the foregoing Motion is true and correct to the best of my knowledge

By _____
ROSS JAY LAWSON B726599
BAKER CORRECTIONAL INSTITUTION
P. O. Box 500
Sanderson, Florida 32087-0500

Certificate of Service

I hereby certify that a true and correct copy of this Motion was mailed on this 14th day of August. 2002 to ADONNO & YOSS, P.A. at 888 SE 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316.

By _____
ROSS JAY LAWSON B726599
BAKER CORRECTIONAL INSTITUTION
P. O. BOX 500
Sanderson, Florida 32087-0500

| | |
|---|---|
| ROSS JAY LAWSON, | IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA |
| Plaintiff, | CASE NO. 01-22831 COCE (53) |
| vs. | |
| EMSA CORRECTIONAL CARE, INC., SHERIFF KEN JENNE, BROWARD COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

## ORDER TRANSPORTING INMATE

This civil case having come on to be considered by the Court on its own motion, having reviewed the court file, and being advised, it is

**ORDERED** that the Broward County Sheriff's Office shall transport Mr. Ross Jay Lawson, DC #B726599, who, is currently incarcerated at **Baker Correctional Institution, P.O. Box 500, Sanderson, FL 32087-0500**; Telephone #(386) 719-4500, to appear for trial before the Honorable William W. Herring, at the Broward County Courthouse, 201 S.E. 6th Street, Room #785, Fort Lauderdale, FL 33301 on the **9th day of April, 2003 at 9:00 A.M.**

DONE in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of July, 2002.

WILLIAM W. HERRING
_____
WILLIAM W. HERRING
COUNTY COURT JUDGE  TRUE COPY

Copies furnished:

Ross Jay Lawson, P.O. Box 9356, Fort Lauderdale, FL 33310
EMSA Correctional Care, Inc., c/o Jodi C. Page, Esq., 888 East Las Olas, Suite 400, Fort Lauderdale, FL 33301
Sheriff Ken Jenne, c/o Jodi C. Page, 888 East Las Olas, Suite 400, Fort Lauderdale, FL 33301
Mr. Kenneth Gale, Classification Officer, Baker Correctional Institution
    via telefax (386-719-4659)