UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case #: 00-6009-CIV-DIMITROULEAS

ROSS JAY LAWSON
(Plaintiff)

Vs.

KEN JENNE, WILLIAM HITCHCOCK
BROWARD COUNTY DEPARTMENT
OF CORRECTIONS AND REHAB.
(Defendants)



Motion for Reconsideration or Rehearing

of This Court's Final Judgement and Order

Dismissing Case as Moot

Comes now the Plaintiff, ROSS JAY LAWSON, Pro se, and respectfully requests this Honorable Court to reconsider this Court's Order, dated August 15, 2002, dismissing the above action as moot. Grounds for this Motion are as follows.

1. After the Honorable 11th Circuit reversed this Honorable Court's dismissal of this case prior, the Defendants filed their "Suggestion of Mootness" on June 21, 2002.

2. On the 15th day of July, 2002, Plaintiff filed "Plaintiff's Response to the Defendant's Suggestion of Mootness" explaining to the Court the facts in which the Plaintiff would be forced once again to be housed in the Broward



County Main Jail in the custody of the Defendants, subject once again to his rights being violated.

3. On the 23rd day of July, 2002, the HONORABLE JUDGE WILLIAM P. DIMITROULEAS put forth "Order to Show Cause" giving the Plaintiff until August 9th, 2002 to respond.

4. On the 31st day of July, 2002, the Defendants filed "Defendant's reply to Plaintiff's Response to Suggestion of Mootness", defendants claiming that Plaintiff's issues (although raised under oath) were only speculative.

5. On the 14th day of August, 2002, the Plaintiff, having received physical proof in the form of an Order of his claims coming into ripeness, filed "Plaintiff's Response to Defendant's Reply to Plaintiff's Response to Suggestion of Mootness; and attached as physical proof a Court Order by the HONORABLE JUDGE WILLIAM W. HERRING entitled "Order Transporting Inmate" which orders that Broward County Sheriff's Office transport the Plaintiff, showing Plaintiff will be housed at the Broward County Main Jail once again.

6. Then without ever reading/entering/or considering "Plaintiff's Response to Defendant's Reply to Plaintiff's Response to Suggestion of Mootness", This Court dismissed the case in its order entitled "Final Judgement and Order Dismissing Case as Moot", dated 15th day of August, 2002.

Wherefore this Plaintiff prays this Honorable Court will reconsider dismissing this case as moot, and in light of the Plaintiff producing a Court Order showing he will be transported back to Broward County in custody of Defendants, subject once again to his rights being violated.

By /s/ Ross Jay Lawson
ROSS JAY LAWSON (B726599)E1101
Baker Correctional Institution
P. O. Box 500
Sanderson, FL 32087-0500

Case 0:00-cv-06009-WPD   Document 64   Entered on FLSD Docket 08/29/2002   Page 3 of 4

Unnotorized Oath

I hereby certify that the Foregoing Motion is true and correct to the best of my knowledge.

By _____
ROSS JAY LAWSON(B726599)E1101
Baker Correctional Institution
P. O. Box 500
Sanderson, FL 32087-0500

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed this 22nd day of August. 2002 to ADORNO & YOSS P.A., 888 SE 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002.

By _____
ROSS JAY LAWSON (B726599)E1101
Baker Correctional Institution
P.O. Box 500
Sanderson, FL 32087-0500