# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ROSS JAY LAWSON   V.   SHERIFF KEN JENNE, WILLIAM HITCHCOCK, BROWARD COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, ET. AL.

CASE NO: 00-6009-CIV-DIMITROULEAS

<u>Motion and Affidavit/Declaration for Leave to Proceed in Forma Pauperis</u>

INSTRUCTIONS: File with petition for review or notice of appeal if you do not pay the fee.

Petitioner hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following affidavit/declaration in support thereof:

I ROSS JAY LAWSON, am the (Petitioner) (Appellant) in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:
<u>Plaintiff wishes to appeal the "Final Judgement And Order Dismissing Case as "Moot" Ordered on August 15, 2002"</u>

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. Are you presently employed?   __ Yes   <u>x</u> No

    A.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    B.  If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.
    <u>I have been in custody since 7/17/97 and have no money in savings.</u>



2. Have you received within the past 12 months any income from a business, profession, other form of self-employment, rent payments, interest, dividends, retirement, annuity payments, alimony, welfare, social security, disability compensation, workmen's compensation, or any other source? __ Yes _x_ No  If the answer is yes, describe each source of income, and state the amount received monthly from each during the past 12 months.

_____

_____

3. Do you own any cash or have any checking or savings accounts? __ Yes _x_ No  If the answer is yes, state the total amount of cash owned and the average monthly balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __ Yes _x_ No  If the answer is yes, describe the property and state its approximate value.

_____

_____

5. List the persons who you actually support and state your relationship to those persons. If others also contribute to those persons' upport, then explain the degree of your support.
**I AM UNABLE TO SUPPORT MYSELF LET ALONE ANYONE ELSE, I HAVE BEEN IN JAIL SINCE 1/17/97.**

6. Have you ever filed a motion in this court for leave to proceed in forma pauperis in any other appeal? _X_ Yes __ No  If the answer is yes, state the name and docket number of the appeal.
Lt NO. 00-6009-CIV-Dimitrouleas
NO. 01-14029 desion rendered June 17, 2002 (reversing for trial)

7. Have you retained an attorney to represent you? __ Yes _X_ No

8. Are you presently incarcerated? _X_ Yes __ No  If the answer is yes, state the name and address of the correctional institution where you are incarcerated.
Baker C.I., PO Box 500, Sanderson, Florida 32087-0500

8/28/02                                    Ross Jay Lawson
_____                         _____
Date                                  Petitioner's/Appellant's signature

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

_8/28/02_      _Ross Jay Lawson_
Date           Petitioner s/Appellant's signature

## ORDER OF THE COURT

| The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days. | The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee. |
|---|---|
| _____  ____ <br> Circuit Judge   Date | _____  ____ <br> Circuit Judge or Clerk   Date |