United States District Court for the

Southern District of Florida

Case #: 00-6009-CIV-DIMITROULEAS

ROSS JAY LAWSON
(Plaintiff/Appellant)

Vs.

SHERIFF KEN JENNE, WILLIAM
HITCHCOCK, BROWARD COUNTY
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
(Defendants/Appellees)

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, ROSS JAY LAWSON, Pro se, is appealing the "Final Judgement and Order Dismissing Case As Moot, ordered by the HONORABLE JUDGE DIMITROULEAS on the 15th day of August, 2002, on the above listed case number.

This Plaintiff who is listed above and is Pro se, hereby appeals to the United States Court of Appeals for the Federal Circuit (11th Circuit).

By: _____
ROSS JAY LAWSON (B726599) E1101
Baker Correctional Institution
P. O. Box 500
Sanderson, Florida 32087-0500

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was mailed to ADORNO & YOSS at 888 S.E. 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316-1159 on this 22nd day of August, 2002.

By: _____
ROSS JAY LAWSON (B726599) E1101
Baker Correctional Institution
P. O. Box 500
Sanderson, Florida 32087-0500