UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

ROSS JAY LAWSON,

    Plaintiff,

v.

KEN JENNE, WILLIAM
HITCHCOCK, BROWARD
COUNTY DEPARTMENT OF
CORRECTIONS AND REHAB.,

    Defendants.
_____/

## DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OR REHEARING OF THIS COURT'S FINAL JUDGMENT AND ORDER DISMISSING CASE AS MOOT

Defendants, KEN JENNE and WILLIAM HITCHCOCK, (hereinafter "Defendants"), by and through their undersigned attorneys, files this their Response to Plaintiff's Motion for Reconsideration and states:

1. On August 15, 2002, this Court dismissed the instant action as moot.

2. In the Court's Order, it stated that Plaintiff's speculation that he may be returned to the Mail Jail does not provide a real and immediate threat of repeated injury.



ADORNO & YOSS, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

CASE NO. 00-6009-CIV-DIMITROULEAS

3. The basis of Plaintiff's Motion for Reconsideration is that this Court dismissed the instant case without reviewing the Order Transporting Inmate submitted by the Plaintiff, which he claims is proof that he will be housed again at the Main Jail.

4. Said Order merely provides that Plaintiff is to be transported to appear for trial before the Honorable William Herring on April 9, 2003. The order does not state how long Plaintiff's appearance will be required nor does it state that he will be housed at the Main Jail.

5. Moreover, April 9, 2003, is over seven (7) months away and said trial referenced in the Order may be dismissed or reset to a later date.

6. Lastly, as it is undetermined how long, if at all, Plaintiff will be housed at the Main Jail, it is merely speculative that Plaintiff will suffer repeated injury.[1]

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's Motion for Reconsideration.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 30 day of August, 2002, to: **ROSS JAY LAWSON**, Pro Se Plaintiff, B726599/E1101, Baker Correctional Institute, P.O. Box 500, Sanderson, FL 32087-0500.

---

[1] As this court previously noted, two weeks is too short a time to start receiving subscriptions. Moreover, it is unlikely that Plaintiff would even spend two weeks at the Main Jail for the case referenced in the Order Transporting Inmate.

CASE NO. 00-6009-CIV-DIMITROULEAS

ADORNO & YOSS, P.A.
Attorneys for Defendants
888 Southeast Third Avenue, Suite 500
Fort Lauderdale, Florida 33335-9002
(954) 523-5885
(954) 760-9531 (Fax)


*[signature]*
ROBERT H. SCHWARTZ
Fla. Bar No.: 301167
TAMATHA S. ALVAREZ
Fla. Bar No.: 0151467