

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

October 29, 2002

RE: 02-14836-I     Ross Jay Lawson v. Broward County Sheriff's Office
DC DKT NO.: 00-06009 CV-WPD

TO:   Clarence Maddox

CC:   Ross Jay Lawson (#FL 97-9905)

CC:   Tamatha Suzanne Alvarez

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 29, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-14836-I     Ross Jay Lawson v. Broward County Sheriff's Office
DC DKT NO.: 00-06009 CV-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Encl.

plradism (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 29 2002
THOMAS K. KAHN
CLERK

No. 02-14836-I

00-6009-cv-WPD

ROSS JAY LAWSON,

Plaintiff-Appellant,

versus

BROWARD COUNTY SHERIFF'S OFFICE, Sheriff Ken Jenne,
WILLIAM HITCHCOCK,
Superintendent BCMJ, et al,

Defendants-Appellees.

FILED by _____ D.C.
NOV - 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Appeal from the United States District Court for the
Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $100 docketing and $5 filing fees ($105) (or file a CONSENT FORM authorizing such payment from the appellant's prison account pursuant to 28 U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this 29th day of October, 2002.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

_____
Deputy Clerk
Atlanta, Georgia

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Pamela Allen
    Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40